IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:13-cv-789 |
| ERIC HOLDER, ) | (LO/IDD) |
| in his official capacity as ) | |
| Attorney General of the United States, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of the Office of the United States Attorney and Assistant United States Attorney R. Joseph Sher as attorney for the defendant.

Respectfully submitted,

NEIL H. MacBRIDE
UNITED STATES ATTORNEY

By:      /s/
R. Joseph Sher
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3747
Fax: (703) 299-3983
Email: joe.sher@usdoj.gov
*Counsel for the Defendant*

DATED: July 31, 2013

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 31, 2013, I will file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following:

Bradford Hardin (#76812)
WILMER CUTLER PICKERING HALE AND DORR LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
bradford.hardin@wilmerhale.com
*Counsel for the Plaintiff*

                                                    /s/
R. Joseph Sher
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone:  (703) 299-3747
Fax:  (703) 299-3983
Email: joe.sher@usdoj.gov
*Counsel for the Defendant*