IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:13-cv-789 |
| ERIC HOLDER,<br>in his official capacity as<br>Attorney General of the United States, | ) (LO/IDD) |
| Defendant. | ) |

## LOCAL CIVIL RULE 4(A) CERTIFICATE

Pursuant to Local Civil Rule 4(A), the United States Attorney certifies that the envelope containing process was received by the Alexandria, Virginia, Office of the United States Attorney on July 17, 2013, and that the date of the postmark on the envelope containing process is July 15, 2013.

Respectfully submitted,

NEIL H. MACBRIDE
UNITED STATES ATTORNEY

By: /s/ Ayana N. Free
Ayana N. Free
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3785
Fax: (703) 299-3983
Email: ayana.free@usdoj.gov
*Counsel for the Defendant*

DATED: July 31, 2013

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2013, an exact and true copy of the foregoing was served by United States mail, first class postage prepaid, addressed to the following:

Bradford Hardin (#76812)
WILMER CUTLER PICKERING HALE AND DORR LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
bradford.hardin@wilmerhale.com
*Counsel for the Plaintiff*

_____
Ayana N. Free
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone:    (703) 299-3785
Fax:          (703) 299-3983
Email:        ayana.free@usdoj.gov
*Counsel for the Defendant*