**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

EDWARD L. GILMORE,

        Plaintiff,

    v.                                Civil Action No. 1:13-cv-789 (LO/IDD)

ERIC HOLDER,
In his official capacity as
Attorney General of the United States,

        Defendant.

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRE-DISCOVERY**
**SCHEDULING**

WHEREAS, Edward L. Gilmore ("Plaintiff") commenced the above-captioned action

against Eric Holder in his official capacity as Attorney General of the United States

("Defendant," and together with Plaintiff, "the Parties") on June 26, 2013;

WHEREAS the Parties, by and through their counsel, met and conferred on August 26,

2013 to discuss scheduling of pre-discovery matters;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties as

follows:

1.      Defendant shall respond to Plaintiff's complaint no later than September 27, 2013.

2.      Should Defendant respond to the complaint by filing a motion pursuant to Rule 12 of the Federal Rules of Civil Procedure ("Motion"), the following schedule shall apply to briefing relating to the Motion:

a.      Plaintiff's Opposition to the Motion will be due October 18, 2013;

b.      Defendant's Reply to Plaintiff's Opposition to the Motion will be due November 1, 2013.

Dated:  September 3, 2013

For the Plaintiff:                                          For the Defendant:


_____/s/_____                    _____/s/_____
Bradford Hardin, Esq. (76812)                    R. Joseph Sher, Esq.
Eric Mahr, Esq.                                            Ayana Free, Esq.
Randall Weinsten, Esq.                               Assistant United States Attorneys
Greg Butler, Esq.                                         OFFICE OF THE UNITED STATES
WILMER CUTLER PICKERING             ATTORNEY
HALE AND DORR LLP                             Justin W. Williams Building
1875 Pennsylvania Avenue NW                  2100 Jamieson Avenue
Washington, DC  20006                              Alexandria, VA  22314
Telephone:    (202) 663-6000                     Telephone:    (703) 299-3747
Fax:             (202) 663-6363                      Fax:             (703) 299-3983

*Attorneys for Plaintiff Edward L. Gilmore*          *Attorneys for Defendant Eric Holder*

**PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2013     By: _____

                                             The Honorable Liam O'Grady
                                             United States District Judge