## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

          /s/D. Bradford Hardin, Jr.
          Don Bradford Hardin, Jr. (Va. Bar No. 76812)