**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| EDWARD L. GILMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:13-cv-00789-LO-IDD |
| ) | *Electronically filed* |
| ERIC HOLDER, in his official capacity as ) | |
| Attorney General of the United States ) | JURY TRIAL DEMANDED |
| ) | |
| Defendants. ) | |

**NOTICE OF WITHDRAWAL OF**
**LAUREN MOORE**

To the Clerk of this Court and all parties of record:

Please take notice that Wilmer Cutler Pickering Hale and Dorr LLP, by Don Bradford Hardin, Jr., and by Eric Mahr, Randall Weinsten, Greg Butler, and Lauren Moore, currently appear as counsel for Edward L. Gilmore. While Lauren Moore did not formally notice her appearance, she appeared on the complaint in this action. As of September 20, 2013, Lauren

Moore will no longer be employed with Wilmer Cutler Pickering Hale and Dorr LLP and will no longer have any association with this case.

Wilmer Cutler Pickering Hale and Dorr LLP, by Don Bradford Hardin, Jr., and by Eric Mahr, Randall Weinsten, and Greg Butler, will remain as counsel for Edward L. Gilmore. As required by E.D. Va. Loc. Civ. R. 83.1(G), Edward L. Gilmore was given reasonable notice of this Notice and consented to its filing.

Respectfully submitted,

/s/D. Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)
Eric Mahr
Randall Weinsten
Greg Butler
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Bradford.Hardin@WilmerHale.com

Dated: September 18, 2013   *Counsel for Edward L. Gilmore*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

                                                    /s/D. Bradford Hardin, Jr.
                                                    Don Bradford Hardin, Jr. (Va. Bar No. 76812)