**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:13-cv-789 |
| ERIC HOLDER, ) | (LO/IDD) |
| in his official capacity as ) | |
| Attorney General of the United States, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on November 15, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, the defendant will bring on for hearing its Motion to Dismiss in Part and for Summary Judgment in Part. The Motion will be heard by the Hon. Liam O'Grady, United States District Judge, at his courtroom in the Albert V. Bryan United States Courthouse, 401 Courthouse Square, Alexandria, Virginia.

Respectfully submitted,

DANA J. BOENTE
ACTING UNITED STATES ATTORNEY

By:  /s/
AYANA N. FREE
R. JOSEPH SHER
Assistant United States Attorneys
OFFICE OF THE UNITED STATES ATTORNEY
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone:  (703) 299-3785
Fax:  (703) 299-3983
Email:  ayana.free@usdoj.gov

DATED:  September 27, 2013          *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following:

Bradford Hardin (#76812)
WILMER CUTLER PICKERING HALE AND DORR LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
bradford.hardin@wilmerhale.com
*Counsel for the Plaintiff*

/s/
_____
AYANA N. FREE
Assistant United States Attorney
OFFICE OF THE UNITED STATES ATTORNEY
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone:    (703) 299-3785
Fax:          (703) 299-3983
Email:        ayana.free@usdoj.gov

DATED: September 27, 2013        *Counsel for the Defendant*