## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2013, I electronically file the foregoing PLAINTIFF'S MOTION TO STAY DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND/OR TO STAY DEFENDANT'S 12(B)(6) MOTION TO DISMISS IF CONVERTED TO A MOTION FOR SUMMARY JUDGMENT; AND PLAINTIFF EDWARD L. GILMORE'S OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS IN PART AND FOR PARTIAL SUMMARY JUDGMENT with the Clerk of Court on October 18, 2013 using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

/s/D. Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)

ActiveUS 117057765v.1