**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| EDWARD L. GILMORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC HOLDER, in his official capacity as ) <br> Attorney General of the United States ) <br> ) <br> Defendants. ) | Civil No. 1:13-cv-00789-LO-IDD <br> *Electronically filed* <br><br> JURY TRIAL DEMANDED |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on November 15, 2013, at 10:00 a.m., or as soon thereafter as counsel may be heard, the plaintiff will bring on for hearing its Motion to Stay Defendant's Motion for Partial Summary Judgment and/or to Stay Defendant's 12(b)(6) Motion to Dismiss if Converted to a Motion for Summary Judgment. The Motion will be heard by the Hon. Liam O'Grady, United States District Judge, at his courtroom in the Albert V. Bryan United States Courthouse, 401 Courthouse Square, Alexandria, Virginia.

        Respectfully submitted,

        /s/ D. Bradford Hardin, Jr.
        Don Bradford Hardin, Jr. (Va. Bar No. 76812)
        Eric Mahr
        Randall Weinsten
        Greg Butler
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Ave., N.W.
        Washington, D.C. 20006
        Telephone: (202) 663-6000
        Facsimile: (202) 663-6363
        Bradford.Hardin@WilmerHale.com

Dated: October 21, 2013        *Counsel for Edward L. Gilmore*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October 2013, I electronically file the foregoing PLAINTIFF'S NOTICE OF HEARING with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

/s/D. Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)