**United States District Court**
**EASTERN District of Virginia**
**Alexandria division**

| | |
|---|---|
| EDWARD L. GILMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ERIC HOLDER, in his official capacity as ) | |
| Attorney General of the United States ) | |
| ) | |
| Defendants. ) | Civil No. 1:13-cv-00789-LO-IDD |
| ) | |
| ) | *Electronically filed* |
| ) | |
| ) | JURY TRIAL DEMANDED |

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October 2013, I electronically file the foregoing PLAINTIFF'S MOTION TO STAY DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND/OR TO STAY DEFENDANT'S 12(B)(6) MOTION TO DISMISS IF CONVERTED TO A MOTION FOR SUMMARY JUDGMENT; AND PLAINTIFF EDWARD L. GILMORE'S OPPOSITION TO DEFENDANT'S MOTIONS TO DISMISS IN PART AND FOR PARTIAL SUMMARY JUDGMENT with the Clerk of Court on

ActiveUS 117057765v.1

October 18, 2013 using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

                          /s/D. Bradford Hardin, Jr.
                          Don Bradford Hardin, Jr. (Va. Bar No. 76812)