IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EDWARD L. GILMORE,           )
                             )
        Plaintiff,           )
                             )
    v.                       )        1:13cv00789 (LMB/IDD)
                             )
ERIC HOLDER,                 )
                             )
        Defendant.           )

ORDER

On September 27, 2013, defendant filed motions to dismiss in part [Dkt. Nos. 11, 12] and a motion for partial summary judgment [Dkt. No. 13]. Plaintiff has filed his opposition to defendant's motions [Dkt. No. 16] and a motion to stay [Dkt. No. 17]. The parties' motions were set for argument on Friday, November 15, 2013. On November 14, 2013, this action was reassigned and the motion hearing was canceled. As the pending motions are fully briefed and ripe for disposition, it is hereby

ORDERED that the argument on defendant's motions to dismiss in part and for partial summary judgment [Dkt. Nos. 11-13] and plaintiff's motion to stay [Dkt. No. 17] be and is set at 10:00 a.m. on Friday, November 22, 2013.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18 day of November, 2013.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge