**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| EDWARD L. GILMORE, </br></br>   Plaintiff, </br></br>   v. </br></br> ERIC HOLDER, </br> in his official capacity as </br> Attorney General of the United States, </br></br>   Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> )   Civil Action No. 1:13-cv-789 (LMB/IDD) </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE HEARING

Defendant Eric Holder, Attorney General of the United States, through his undersigned counsel, hereby respectfully files this unopposed motion to reschedule the November 22, 2013 hearing on the argument on defendant's motions to dismiss in part and for partial summary judgment and plaintiff's motion to stay (Dkt. No. 32) for the afternoon of either Thursday, November 21 or Friday, November 22.  One of defendant's counsel has a family obligation in state court that was previously scheduled for the morning of Friday, November 22, and cannot be reset.

Counsel for both parties have consulted and defendant has confirmed that plaintiff does not oppose this motion.

        Respectfully submitted,

        DANA J. BOENTE
        ACTING UNITED STATES ATTORNEY

*By*:     /s/
        AYANA N. FREE
        R. JOSEPH SHER
        Assistant United States Attorneys
        OFFICE OF THE UNITED STATES ATTORNEY
        Justin W. Williams Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone: (703) 299-3785
        Fax:    (703) 299-3983
        Email:   ayana.free@usdoj.gov

DATED:  November 19, 2013   *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following:

Bradford Hardin (#76812)
WILMER CUTLER PICKERING HALE AND DORR LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
bradford.hardin@wilmerhale.com
*Counsel for the Plaintiff*

|  | /s/ |
|---|---|

AYANA N. FREE
Assistant United States Attorney
OFFICE OF THE UNITED STATES ATTORNEY
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone:    (703) 299-3785
Fax:               (703) 299-3983
Email:            ayana.free@usdoj.gov

DATED:  November 19, 2013         *Counsel for the Defendant*