IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| EDWARD L. GILMORE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:13cv00789 (LMB/IDD) |
| | ) | |
| ERIC HOLDER, | ) | |
|     Defendant. | ) | |

NOV 19 2013

### ORDER

Before the Court is Defendant's Unopposed Motion to Reschedule Hearing. Dkt. No. 33. Defendant requests that the hearing on the pending motions in this action presently set for 10:00 a.m. on Friday, November 22, 2013 be rescheduled for either Thursday afternoon, November 21, 2013, or Friday afternoon, November 22, 2013, as "[o]ne of defendant's counsel has a family obligation in state court that was previously scheduled for the morning of Friday, November 22, and cannot be reset."

As the the Court does not anticipate lengthy argument at the hearing and at least one of defendant's counsel is available and capable of adequately representing defendant's interests at the hearing, it is hereby

ORDERED that defendant's motion be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 19th day of November, 2013.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge