# CIVIL MOTION MINUTES

Date:   11/22/13                           Judge: Brinkema
                                           Reporter: A. Thomson
Time:   10:00am-10:16am


Civil Action Number:   1:13cv789


Edward L. Gilmore        vs.   Eric Holder

Appearances of Counsel for      ( X ) Pltf        ( X ) Deft

Motion to/for:
 #11 Deft's Motion to Dismiss for Failure to State a Claim
 #12 Deft's Motion to Dismiss for Lack of Jurisdiction
 #13 Deft's Motion for Partial Summary Judgment
 #17 Pltf's Motion to Stay


Argued &
(   ) Granted    (   ) Denied  (    ) Granted in part/Denied in part
(   )Taken Under Advisement (    ) Continued to
#11, #13 denied

#12 granted in part and denied in part

#17 denied as moot




(  ) Memorandum Opinion to Follow

(X)   Order to follow