**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| EDWARD L. GILMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:13-cv-00789-LO-IDD |
| ) | *Electronically filed* |
| ERIC HOLDER, in his official capacity as ) | |
| Attorney General of the United States ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL OF RANDALL WEINSTEN

To the Clerk of this Court and all parties of record:

Please take notice that Wilmer Cutler Pickering Hale and Dorr LLP, by Don Bradford Hardin, Jr., and by Eric Mahr, Randall Weinsten, and Greg Butler, currently appear as counsel for Edward L. Gilmore. As of January 31, 2014, Randall Weinsten will no longer be employed

with Wilmer Cutler Pickering Hale and Dorr LLP and will no longer have any association with this case.

Wilmer Cutler Pickering Hale and Dorr LLP, by Don Bradford Hardin, Jr., and by Eric Mahr, and Greg Butler, will remain as counsel for Edward L. Gilmore. As required by E.D. Va. Loc. Civ. R. 83.1(G), Edward L. Gilmore was given reasonable notice of this Notice and consented to its filing.

                                                          Respectfully submitted,

                                                          /s/D. Bradford Hardin, Jr.
                                                          Don Bradford Hardin, Jr. (Va. Bar No. 76812)
                                                          Eric Mahr
                                                          Randall Weinsten
                                                          Greg Butler
                                                          Wilmer Cutler Pickering Hale and Dorr LLP
                                                          1875 Pennsylvania Ave., N.W.
                                                          Washington, D.C. 20006
                                                          Telephone: (202) 663-6000
                                                          Facsimile: (202) 663-6363
                                                          Bradford.Hardin@WilmerHale.com

Dated: January 31, 2014            *Counsel for Edward L. Gilmore*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of January 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

                                          /s/D. Bradford Hardin, Jr.
                                          Don Bradford Hardin, Jr. (Va. Bar No. 76812)