**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| EDWARD L. GILMORE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:13-cv-789 |
| ) | |
| ERIC HOLDER, ) | |
| in his official capacity as ) | |
| Attorney General of the United States ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFF EDWARD L. GILMORE'S UNOPPOSED MOTION TO SEAL**

Plaintiff Edward L. Gilmore, by counsel and pursuant to Fed. R. Civ. P. 26(c) and Local Civ. R. 5, move for the entry of an Order allowing Exhibit 2 to Plaintiff's Memorandum in Support of his Motion to Compel Answers to Interrogatories as initially filed (Dkt. No. 44-2) to be placed under seal and replaced with a partially redacted version of the exhibit (Dkt. No. 46).

The grounds for this motion are set forth in the accompanying memorandum. For the reasons stated therein, Plaintiff's motion should be granted.

Respectfully Submitted,

/s/ D. Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)
Eric Mahr (*pro hac vice*)
Greg Butler (*pro hac vice*)
Amy Kaplan
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: Bradford.Harding@WilmerHale.com

*Counsel for Plaintiff Edward L. Gilmore*

Dated: February 15, 2014

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of February 2014, I sent copies of the foregoing PLAINTIFF EDWARD L. GILMORE'S UNOPPOSED MOTION TO SEAL by electronic mail to the following counsel of record:

>R. Joseph Sher
>United States Attorney's Office
>2100 Jamieson Avenue
>Alexandria, VA  22314
>(703) 299-3747
>(703) 299-3983 (facsimile)
>Joe.sher@usdoj.gov
>*Counsel for the Defendant*
>
>Ayana N. Free
>United States Attorney's Office
>2100 Jamieson Avenue
>Alexandria, VA  22314
>(703) 299-3785
>(703) 299-3983 (facsimile)
>Ayana.free@usdoj.gov
>*Counsel for the Defendant*

    /s/ D. Bradford Hardin, Jr.
    Don Bradford Hardin, Jr. (Va. Bar No. 76812)