# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>)<br>ERIC HOLDER, )<br>in his official capacity as )<br>Attorney General of the United States )<br>)<br>Defendant. )<br>) | Civil Action No. 1:13-cv-789 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Plaintiff, Edward L. Gilmore, by counsel, will present his Unopposed Motion to Seal on Friday, February 28, 2014 at 10:00 a.m., or as soon thereafter as counsel may be heard.

                                              Respectfully Submitted,

                                              /s/ D. Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)
Eric Mahr (*pro hac vice*)
Greg Butler (*pro hac vice*)
Amy Kaplan
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C.  20006
Telephone:   (202) 663-6000
Facsimile:   (202) 663-6363
Email:   Bradford.Harding@WilmerHale.com

*Counsel for Plaintiff Edward L. Gilmore*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February 2014, I sent copies of the foregoing NOTICE OF HEARING with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

/s/ D. Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)