IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   1:13cv00789 (LMB/IDD) |
| | ) |
| ERIC HOLDER, | ) |
| | ) |
|     Defendant. | ) |

ORDER

Before the Court is the parties' Joint Motion to Extend Time for Certain Discovery and to Move the Date of the Final Pretrial Conference [Dkt. No. 60]. The parties request a two-week enlargement of the period for discovery for the purpose of taking the depositions of certain witnesses. In addition, the parties seek an order continuing the final pretrial conference in this matter. For good cause shown, the parties' motion will be GRANTED IN PART and DENIED IN PART, and it is hereby

ORDERED that discovery in this matter be completed by Friday, March 28, 2014, and it is further

ORDERED that the final pretrial conference presently set for Thursday, March 20, 2014, at 10:00 a.m. will proceed as scheduled.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 4th day of March, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge