IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE | ) |
| Plaintiff, | ) |
| v. | ) 1:13cv789 (LMB/IDD) |
| ERIC HOLDER, in his official Capacity as Attorney General of the United States | ) |
| Defendant. | ) |

## ORDER

Because of scheduling conflicts, the time for the final pretrial conference must be advanced. Accordingly, it is hereby

ORDERED that the final pretrial conference will be held on Thursday, March 20, 2014 at **9:00 a.m**. before the undersigned judge.

The Clerk is directed to reset the hearing deadline and forward copies of this Order to counsel of record.

Entered this 13th day of March, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge