IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:13-cv-789 |
| ERIC HOLDER, ) | (LMB/IDD) |
| in his official capacity as ) | |
| Attorney General of the United States, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S TRIAL WITNESS LIST

Pursuant to this Court's Order of November 15, 2013 (ECF No. 31), Defendant, through its undersigned counsel, hereby respectfully submits the following list of potential witnesses for the trial of the above-captioned matter.

## WITNESSES

In accordance with Federal Rule 26(a)(3), the following witnesses are those Defendant "may call if the need arises."

The witness list below simply reflects the present status of this litigation. Accordingly, Defendant reserves the right to amend this list—including adding or eliminating proposed witnesses that Defendant may call if the need arises—should further developments warrant.

1. Oliver Allen
2. John Bryfonski
3. Rogelio Guevara
4. Darryl Himes
5. Cathy Kasch
6. James Kasson

7. Michele Leonhart
8. Mark Mazzei
9. Gary Olenkiewicz
10. Karen Tandy
11. Stephanie Smith
12. Human Resources Staff who will testify regarding the Position Classification System and the assignment of positions to grades and series as well as to the meaning of entries on standard civil service personnel documents; DEA Statistician John Hill who will summarize information regarding the race and promotions of individuals on the lists for promotion from General Schedule Grade 15 to positions in the Senior Executive Service, as well as similar information regarding incumbents in Grade 15 at DEA Headquarters in 2007.
13. DEA contract specialist who will testify as to the number of contract staff in the Office of Security Programs at material times and the functions they were contracted to perform.
14. The Section Chief of the DEA Organization and Staffing Management Office who will testify regarding the on-board staffing levels of the Office of Security Programs between 2006 and 2009.

Defendant also reserves the right to call any witnesses listed on Plaintiff's Trial Witness List.

        Respectfully submitted,

        DANA J. BOENTE
        ACTING UNITED STATES ATTORNEY

*By*:         /s/        
        R. Joseph Sher
        Ayana N. Free
        Assistant United States Attorneys
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        (703) 299-3785 (direct)
        (703) 299-3983 (fax)
        ayana.free@usdoj.gov

        *Counsel for the Defendant*

DATE: March 18, 2014        *Of Counsel:*

        Karen Richardson Tyler
        Associate Chief Counsel
        Civil Litigation Section
        Drug Enforcement Administration

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 18, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the following:

Bradford Hardin (#76812)
WILMER CUTLER PICKERING HALE AND DORR LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
bradford.hardin@wilmerhale.com
*Counsel for the Plaintiff*

                                                           /s/
                                    AYANA N. FREE
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Justin W. Williams Building
                                    2100 Jamieson Avenue
                                    Alexandria, Virginia 22314
                                    Telephone:  (703) 299-3785
                                    Fax:  (703) 299-3983
                                    Email:  ayana.free@usdoj.gov

                                    *Counsel for the Defendant*