IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, ) <br> ) <br>    Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> ERIC HOLDER, ) <br> in his official capacity as ) <br> Attorney General of the United States, ) <br> ) <br>    Defendant. ) <br> ) | Civil Action No. 1:13-cv-789 <br> (LMB/IDD) |

## **DEFENDANT'S TRIAL EXHIBITS**

Pursuant to this Court's Order of November 15, 2013 (ECF No. 31), Defendant, through its undersigned counsel, hereby respectfully submits the following list of potential exhibits for the trial of the above-captioned matter. Defendant reserves the right to elect not to seek the introduction of any of these exhibits at trial, and to re-arrange the numbering sequence prior to trial.

## **EXHIBITS**

Pursuant to this Court's Order of November 15, 2013 (ECF No. 31), this list does not include exhibits that Defendant might seek to introduce as impeachment and/or rebuttal evidence. Moreover, Defendant reserves the right to use demonstrative exhibits during the testimony of certain of its witnesses in order to assist the trier-of-fact.

The Exhibit List below simply reflects the present status of the instant litigation. Accordingly, Defendant reserves the right to amend this list—including without limitation eliminating proposed exhibits—should further developments (including, inter alia, positions advanced by Plaintiff) warrant.

Defendant also reserves the right to use any exhibits listed on Plaintiff's Exhibit List.

| No. | Date | Description | Bates-Stamp |
|---|---|---|---|
| 1. | 2/24/2004 | SES Application Handbook | ROI |
| 2. | N/A | Annual Performance Appraisal for period 1/30/2006-12/31/2006 | DEA-00000001-16 |
| 3. | 8/3/2005 | Career Board Minutes | DEA-00001058-1070 |
| 4. | 2/13/2006 | Email chain from K. Tandy to M. Leonhart re Security Programs | DEA-00000607 |
| 5. | 5/24/2006 | Email from E. Gilmore to M. Leonhart re Career Status | DEA-00000577 |
| 6. | 5/26/2006 | Email chain between E. Gilmore and M. Leonhart re Background Investigation | DEA-00000578-79 |
| 7. | 5/26/2006 | Email chain between E. Gilmore and M. Leonhart re Background Investigation (contd.) | DEA-00000583-86 |
| 8. | 7/26/2006 | Re: Background Investigation – (student intern) | DEA-00000583-84 |
| 9. | 8/18/2006 | Email from E. Gilmore to M. Leonhart et al., re Security Clearances for TFOs | DEA-00000589 |
| 10. | 9/26/2006 | Email from M. Leonhart to R. Guevara copying Gilmore et al., re: Call from DOJ | DEA-00000572 |
| 11. | 1/22/2007 | Memorandum re Approval to Change Performance Management Rating Cycle | |
| 12. | 2/15/2007 | Memorandum re Notice of Change in Performance Rating Cycle | |
| 13. | 2/27/2007 | Email from E. Gilmore to M. Leonhart et al., re Responses for the AD (eQIP) | DEA-00000593-94 |

| No. | Date | Description | Bates-Stamp |
|---|---|---|---|
| 14. | 3/9/2007 | Email from E. Gilmore to M. Leonhart et al., re: MY DEA cell phone is in-op | DEA-00000595 |
| 15. | 3/9/2007 | Email chain between M. Leonhart and E. Gilmore regarding handling of new hire and Gilmore's medical issues | DEA-00000556-559 |
| 16. | 5/15/2007 | Email from E. Gilmore to J. Kasson re Congrats | DEA-00000637 |
| 17. | 6/27/2007 | Email from J. Kasson to E. Gilmore et al. re TFO status | DEA-00000638 |
| 18. | 10/4/2007 | Memorandum from C. Kasch re: 2007 Employee Performance Appraisals | |
| 19. | 10/9/2007 | Annual Performance Appraisal for period 1/30/2007-9/312007 | DEA-00000531-550 |
| 20. | 10/18/2007 | DEA Cable announcing SES Selections | ROI |
| 21. | 10/22/2007 | Email from E. Gilmore to J. Kasson re: Please indulge me | ELG00000488 |
| 22. | 11/30/2007 | Email from E. Gilmore to G. Olenkiewicz re Ed Gilmore Bio | DEA-00001900 |
| 23. | 12/12/2007 | Email from J. Kasson to G. Davis regarding TFO backlog | DEA-00000633 |
| 24. | 12/12/2007 | Career Board Minutes | DEA-00001106-1111 |
| 25. | N/A | Merit Promotion Selection for Career Board, Vacancy Announcement No. CMB-08-312 | DEA-0000XXXX |
| 26. | N/A | Merit Promotion Selection for ASAC - Chicago, Vacancy Announcement No. CMB-08-318 | DEA-0000XXXX |

| No. | Date | Description | Bates-Stamp |
|---|---|---|---|
| 27. | 12/6/2007 | C. Kasch Memorandum re: Recommendation for Vacancy Announcement CMB-08-312, GS-1811-15, Executive Secretary, Career Board | DEA-0000XXXX |
| 28. | 12/7/2007 | G. Olenkiewicz Memorandum re: Vacancy Announcement CMB-08-318, Criminal Investigator, Assistant Special Agent in Charge, Chicago Field Division | DEA-0000XXXX |
| 29. | 2007 | DEA Organizational Chart | |
| 30. | 3/24/2008 | EEO Complaint of Edward Gilmore | ROI |
| 31. | 10/20/2008 | Affidavit of Edward Gilmore | ROI |
| 32. | N/A | EEO Record of Investigation Excerpts, Case No. DEA-2008-00180*** | ROI |
| 33. | 3/28/2013 | Complaint Adjudication Office, EEO Decision | ROI |
| 34. | N/A | EEO Accomplishments, Stephanie Smith | DEA-00001166-67 |
| 35. | | DEA statistical analysis, compiled by John Hill | DEA-00001567-1571 |
| 36. | | Handwritten notes regarding a conversation about ASACs | DEA-00000522-23, 528 |
| 37. | | Handwritten notes re Gilmore and Biales | DEA-00000551-52 |
| 38. | | Personnel Manual, Excerpt | |
| 39. | | EOFY 2006 Security Programs | |

| No. | Date | Description | Bates-Stamp |
|---|---|---|---|
| 40. | | EOFY 2007 Security Programs | |
| 41. | | EOFY 2008 Security Programs | |
| 42. | | EOFY 2009 Security Programs | |
| 43. | | Demonstrative Summaries | |

\* The parties have been given leave for a limited discovery extension to March 28, 2014. Accordingly, the parties reserve the right to submit a revised list of exhibits, including but not limited to deposition transcripts or exhibits, after the close of deposition discovery.
\*\* While the Exhibits shall be delivered to the clerk as provided by Local Rule 79(A), certain exhibits were designated as confidential by the parties' protective order and will be filed under seal. The undersigned will file a motion to seal these documents promptly after conferring with counsel for plaintiff regarding such a motion.
\*\*\* The Report of Investigation is extensive and includes other claims not pursued in this action. Accordingly, Defendant will include excerpts. If the Court prefers, the Defendant will submit the entire record.

       Respectfully submitted,

       DANA J. BOENTE
       ACTING UNITED STATES ATTORNEY

*By*:          /s/
       Ayana N. Free
       Assistant United States Attorney
       2100 Jamieson Avenue
       Alexandria, Virginia 22314
       (703) 299-3785 (direct)
       (703) 299-3983 (fax)
       ayana.free@usdoj.gov

       *Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 20, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the following:

Bradford Hardin (#76812)
WILMER CUTLER PICKERING HALE AND DORR LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
bradford.hardin@wilmerhale.com
*Counsel for the Plaintiff*

                                        /s/
                                  Ayana N. Free
                                  Assistant United States Attorney
                                  Office of the United States Attorney
                                  Justin W. Williams Building
                                  2100 Jamieson Avenue
                                  Alexandria, Virginia 22314
                                  Telephone:   (703) 299-3785
                                  Fax:             (703) 299-3983
                                  Email:          ayana.free@usdoj.gov
                                  *Counsel for the Defendant*