**FINAL PRETRIAL CONFERENCE**

CIVIL ACTION NO.   1:13cv789              DATE:     03/20/14
JUDGE: Brinkema                            COURT REPORTER:   A. Thomson

Start Time:  8:57am

End Time:   9:09am


 Edward L. Gilmore
vs.
Eric Holder, in his Official capacity as Attorney General of The United States

APPEARANCES:    Counsel for: Plaintiff (X) Defendant (X)    Pro Se (  )


(X) Case set for trial by **JURY** on **06/16/14 at 10:00am**   (2-3 days)

(  ) Case set for trial by **COURT** on _____


| | |
|---|---|
| Plaintiff's Witness List filed | x ECF ☐ In Open Court |
| Plaintiff's Exhibit List filed | x ECF ☐ In Open Court |
| Dft's Witness List filed | x ECF  ☐ In Open Court |
| Dft's Exhibit List filed | x ECF ☐ In Open Court |

Notes:

  Summary judgment hearing to be heard on 5/16/14 @10:00am

  Deft's oral motion to extend discovery deadline is Granted

  Discovery deadline extended until 4/09/14