# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number  1:13-cv-00789 ____, Case Name  Gilmore v. Holder _____

Party Represented by Applicant:  Gilmore _____

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please)  Nicole Joy Lindquist _____

Bar Identification Number 975593 _____ State DC _____

Firm Name Wilmer Cutler Pickering Hale and Dorr LLP _____

Firm Phone #  (202) 663-6000 _____  Direct Dial #  (202) 663-6295 _____  FAX #  (202) 663-6363 ____

E-Mail Address nicole.lindquist@wilmerhale.com _____

Office **Mailing** Address 1875 Pennsylvania Avenue, N.W., Washington, DC 20006 _____

Name(s) of federal court(s) in which I have been admitted U.S. District Court-Oregon _____

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am _____ am not __×__ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

_Nicole Lindquist_
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

_____         3/24/2014
(Signature)                               (Date)
Don Bradford Hardin, Jr.                  76812
_____         _____
(Typed or Printed Name)                   (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _____ *or* Exemption Granted _____

The motion for admission is GRANTED _____ *or* DENIED _____

_____         _____
(Judge's Signature)                       (Date)