Exhibit 4

## Edward L. Gilmore, Aggrieved Party (AP)

**Claim:** The aggrieved believes that since 2003 he has been subjected to the violation of the Segar Agreement for non-promotion to the SES level based on his race (African American), sex (Male), and age. Since the filing of his informal EEO complaint, the aggrieved believes he has been subjected to retaliation in the form of non-selection of two GS-15 positions.

**Responding Management Officials:** Karen Tandy and Michele Leonhart

**Facts Gathered During the Initial Interview with the EEO Counselor:**

The AP first met with the EEO Counselor on December 11, 2007, and on December 13, 2007, he had his initial interview with the EEO Counselor.

The AP stated he has worked for DEA for over 20 ½ years, but he has been in his current position, Deputy Chief Inspector, Office of Security Programs, for over 2 years.

The AP stated he has been passed over for SES positions since receiving his score in 2003. He stated that he held the highest score among 57 candidates in 2003. He stated he has applied for all foreign SES positions that have been advertised. He stated that at an ASAC conference in 2004 or 2005, it was mentioned that only individuals with enforcement ASAC time would be promoted to the SES level. He stated he wanted to know where this was written and how has he been given the opportunity to gain that experience. He stated he once occupied the ASAC position of the air wing in Fort Worth, Texas. He stated he has applied for 30 enforcement ASAC positions, and some of them were headquarters GS-15 positions. Most recently he has applied for two GS-15 positions which would have been lateral positions for him; yet, he was not selected for either position.

The AP stated he was being rotated out of his position of Deputy Chief Inspector in the Office of Security Programs. He stated he was notified by the former Administrator hours before the cable was released that he was being rotated out of his position. He stated that announcement was made a week prior to the Administrator announcing her retirement. He stated he has occupied this position since October 31, 2005. He stated that prior to occupying this position, the request had been submitted to DOJ to upgrade the position; nevertheless, the position was not upgraded until he was rotated out. He stated a white female has been chosen to occupy the newly upgraded position.

The AP stated that as a manager he always received outstanding performance ratings (1996-2006). He stated the only year he did not receive an outstanding performance rating was in 2007. He stated he feels his performance evaluation changed as his position was upgraded.



EXHIBIT
Smith 1
3/26/14 LB

The AP stated he believes the last African American to be promoted to the SES level was Jimmy Fox, and that was in either 2003 or 2004.