IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) 1:13cv00789 (LMB/IDD) |
| ERIC HOLDER, | ) |
| Defendant. | ) |

ORDER

Before the Court is defendant's Unopposed Motion to File an Amended Trial Witness List [Dkt. No. 84], in which defendant requests leave to amend his Trial Witness List [Dkt. No. 64] to add two witnesses. For good cause shown, and given the absence of any opposition from plaintiff, defendant's motion is GRANTED, and it is hereby

ORDERED that defendant electronically file the Amended Trial Witness List attached to his motion.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 28 day of April, 2014.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge