IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) |
| | )  1:13cv00789 (LMB/IDD) |
| ERIC HOLDER, | ) |
|     Defendant. | ) |

ORDER

Counsel for the defendant called chambers to inquire about the procedure for filing a disc containing the Career Board's audio files (Exhibits J and FF to defendant' motion for summary judgment) in light of the Order denying defendant's request to seal 20 exhibits [Dkt. No. 108]. Because the Court will not consider the audio files as evidence, the defense should not go to the trouble of redacting them. Whatever relevance these audio files have, they need to be reduced to written form, and will only be considered in that format because, for example, without a transcript the Court will be unable to determine who among several speakers is speaking.

For this reason, it is hereby

ORDERED that Exhibits J and FF to defendant's motion for summary judgment be and are STRICKEN from the record.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 29th day of April, 2014.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge