IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13-cv-00789 (LMB/IDD) |
| | ) |
| ERIC HOLDER, in his official capacity as Attorney General of the United States, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff's Unopposed Motion to File Joint Stipulation Amending Parties' Joint Discovery Plan [Dkt. No. 89]. This matter can be resolved without oral argument, as such argument would not aid the decisional process. Accordingly, it is hereby

**ORDERED** that Plaintiff's Unopposed Motion to File Joint Stipulation Amending Parties' Joint Discovery Plan [Dkt. No. 89] is **GRANTED**.

The Clerk is directed to forward copies of this Order to all counsel of record.

ENTERED this 1st day of May 2014.

Alexandria, Virginia

/s/
Ivan D. Davis
United States Magistrate Judge