# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| EDWARD L. GILMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:13-cv-00789 |
| ERIC HOLDER, in his official capacity as | ) |
| Attorney General of the United States, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFF'S NOTICE OF CORRECTED EXHIBITS

**PLEASE TAKE NOTICE** of corrected Exhibits A and C to the Memorandum in Support of the Motion to Exclude Testimony of Defendant's Damages Expert (Dkt. 114) filed by Plaintiff, Edward L. Gilmore.

Respectfully submitted,

/s/ D. Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)
Amy Kaplan (Va. Bar No. 80789)
Eric Mahr *(pro hac vice)*
Greg Butler *(pro hac vice)*
Nicole Lindquist *(pro hac vice)*
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Bradford.Hardin@WilmerHale.com

Dated: May 7, 2014                    *Counsel for Plaintiff Edward L. Gilmore*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of May 2014, I electronically file the foregoing PLAINTIFF'S NOTICE OF CORRECTED EXHIBITS with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

/s/D. Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)