FILED
MAY 22 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 1:13cv00789 (LMB/IDD) |
| v. ) | |
| ) | |
| ERIC HOLDER, ) | |
| ) | |
| Defendant. ) | |

### ORDER

On Friday, May 16, 2014, defendant filed a Motion to Continue the Trial Date [Dkt. No. 135] and a notice setting the motion for a hearing on Friday, May 23, 2014, at 10:00 a.m. [Dkt. No. 137]. To accommodate the Court's schedule, it is hereby

ORDERED that the hearing on defendant's motion be and is **ADVANCED to 9:15 a.m. on Friday, May 23, 2014.**

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 22nd day of May, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge