# CIVIL MOTION MINUTES

Date: 05/23/14   Judge: Brinkema
                 Reporter: A. Thomson

Time: 9:20am-9:27am

Civil Action Number: 1:13cv789

Edward L. Gilmore   vs.   Eric Holder

Appearances of Counsel for   (X) Pltf   (X) Deft

Motion to/for:
#135 Deft's Motion to Continue Trial

Argued &
( ) Granted   (X) Denied   ( ) Granted in part/Denied in part
( ) Taken Under Advisement   ( ) Continued to

( ) Memorandum Opinion to Follow

(X) Order to follow