FILED MAY 23 2014 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EDWARD L. GILMORE, )
)
    Plaintiff, )
) 1:13cv00789 (LMB/IDD)
v. )
)
ERIC HOLDER, )
)
    Defendant. )

ORDER

For the reasons stated in open court, defendant's Motion to Continue the Trial Date [Dkt. No. 135] is DENIED, and it is hereby

ORDERED that the jury trial presently set to begin at 10:00 a.m. on Monday, June 16, 2014, shall proceed as scheduled.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 23rd day of May, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge