IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC HOLDER, ) <br> in his official capacity as ) <br> Attorney General of the United States, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:13-cv-789 <br> (LMB/IDD) |

Joint Motion for Leave to File Updated Witness and Exhibit Lists

In light of the discovery which took place with leave of Court after the final pretrial conference and the plaintiff's narrowing of his claims for trial to solely his claim that he was discriminated against in the selection in October, 2007 for the Senior Executive Service position of Deputy Chief Inspector for Security Programs, the parties jointly request the Court to permit them to file updated witness and exhibit lists Thursday, May 29, 2014. They further request that the Court permit objections to the updated exhibit lists to be filed on or before Wednesday, June 4, 2014.

Dated: May 27, 2014

                                              Respectfully submitted,

                                              DANA J. BOENTE
                                              UNITED STATES ATTORNEY

                                 *By*:          /s/
                                             R. Joseph Sher
                                             Assistant United States Attorney

                Office of the United States Attorney
                Justin W. Williams Building
                2100 Jamieson Avenue
                Alexandria, Virginia 22314
                Telephone:    (703) 299-3747
                Fax:           (703) 299-3983
                Email: joe.sher@usdoj.gov
                *Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 27, 2014, I will file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following:

Bradford Hardin (#76812)
WILMER CUTLER PICKERING HALE AND DORR LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
bradford.hardin@wilmerhale.com
*Counsel for the Plaintiff*

/s/
R. Joseph Sher
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone:    (703) 299-3747
Fax:          (703) 299-3983
Email: joe.sher@usdoj.gov
*Counsel for the Defendant*