## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:13-cv-789 (LMB/IDD) |
| | ) |
| ERIC HOLDER, | ) |
| in his official capacity as | ) |
| Attorney General of the United States, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Erin K. Murdock-Park, Special Assistant

United States Attorney, as counsel for the Defendant.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____/s/_____
ERIN K. MURDOCK-PARK
Special Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3763 (direct)
(703) 299-3983 (fax)
Erin.Murdock-Park@usdoj.gov
*Counsel for the Defendant*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on May 27, 2014, I will file the foregoing with the Clerk of

Court using the CM/ECF system which will send a notification of electronic filing (NEF) to the

following:

Bradford Hardin (#76812)

WILMER CUTLER PICKERING HALE AND DORR LLP

1899 Pennsylvania Avenue NW

Washington, D.C. 20006

Telephone: (202) 663-6000

Fax: (202) 663-6363

bradford.hardin@wilmerhale.com

*Counsel for the Plaintiff*


By:    _____/s/_____

ERIN K. MURDOCK-PARK

Special Assistant United States Attorney

Justin W. Williams U. S. Attorney's Building

2100 Jamieson Avenue

Alexandria, Virginia 22314

(703) 299-3911 (direct)

(703) 299-3983 (fax)

Erin.Murdock-Park@usdoj.gov

*Counsel for the Defendant*