IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | )   1:13cv00789 (LMB/IDD) |
| v. | ) |
| | ) |
| ERIC HOLDER, | ) |
| | ) |
| Defendant. | ) |

ORDER

On May 27, 2014, the parties filed a Joint Motion for Leave to File Updated Witness and Exhibit Lists [Dkt. No. 145], in which they request permission to file updated witness and exhibit lists on or before Thursday, May 29, 2014, and to file their respective objections to those lists on or before Wednesday, June 4, 2014.  For good cause shown, the parties' motion is GRANTED, and it is hereby

ORDERED that updated witness and exhibit lists be filed on or before Thursday, May 29, 2014, and any objections to those lists be filed on or before Wednesday, June 4, 2014.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 29th day of May, 2014.

Alexandria, Virginia

/s/
Liam O'Grady
United States District Judge