IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC HOLDER, ) <br> in his official capacity as ) <br> Attorney General of the United States, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:13-cv-789 <br> (LMB/IDD) |

## DEFENDANT'S AMENDED TRIAL WITNESS LIST

Pursuant to this Court's Order of May 29, 2014 (Dkt. No. 147), Defendant, through its undersigned counsel, hereby respectfully files this amended trial witness list.

## WITNESSES

In accordance with Federal Rule 26(a)(3), the following witnesses are those Defendant "may call if the need arises." The Defendant reserves the right to amend this list—including adding or eliminating proposed witnesses that Defendant may call should further developments warrant.

1. Rogelio Guevara
2. James Kasson
3. Michele Leonhart
4. Karen Tandy
5. Tom Nuse
6. Pam Horvath
7. Joel Lesch, Defendant's expert as to Plaintiff's claimed economic damages unless such testimony is postponed until after a verdict is returned

Defendant also reserves the right to call any witnesses listed on Plaintiff's Trial Witness List.

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

*By*: _____/s/_____
Ayana N. Free
R. Joseph Sher
Assistant United States Attorneys
Erin K. Murdock-Park
Special Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3785 (direct)
(703) 299-3983 (fax)
ayana.free@usdoj.gov
*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the following:

Bradford Hardin (#76812)
WILMER CUTLER PICKERING HALE AND DORR LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
bradford.hardin@wilmerhale.com
*Counsel for the Plaintiff*

                                                      /s/
                                    Ayana N. Free
                                    Assistant United States Attorney
                                    Office of the United States Attorney
                                    Justin W. Williams Building
                                    2100 Jamieson Avenue
                                    Alexandria, Virginia 22314
                                    Telephone:     (703) 299-3785
                                    Fax:                (703) 299-3983
                                    Email:             ayana.free@usdoj.gov
                                    *Counsel for the Defendant*