IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>) <br>ERIC HOLDER, )<br>in his official capacity as )<br>Attorney General of the United States, )<br>)<br>   Defendant. )<br>) | Civil Action No. 1:13-cv-789<br>(LMB/IDD) |

## DEFENDANT'S AMENDED TRIAL EXHIBIT LIST

Pursuant to this Court's Order of May 29, 2014 (Dkt. No. 147), Defendant, through its undersigned counsel, hereby respectfully submits the following amended list of potential exhibits for the trial of the above-captioned matter. Defendant reserves the right to elect not to seek the introduction of any of these exhibits at trial, and to re-arrange the numbering sequence prior to trial.

## EXHIBITS

Pursuant to this Court's Order of November 15, 2013 (ECF No. 31), this list does not include exhibits that Defendant might seek to introduce as impeachment and/or rebuttal evidence. Moreover, Defendant reserves the right to use demonstrative exhibits during the testimony of certain of its witnesses in order to assist the trier-of-fact.

Defendant also reserves the right to use any exhibits listed on Plaintiff's Exhibit List.

| No. | Date | Description | Bates-Stamp |
|---|---|---|---|
| 1. | 10/21/2006 | Request for Additional SES Positions | DEA-00001483-1501 |
| 2. | | BQL, QL, ML, lists (2002-2005) | DEA-00001915-1923 |
| 3. | | Administrator Tandy SES Binder Materials Part 1: SES Lists, Executive Summaries & Candidate Application Cover Sheets | DEA-00002554-2775 |
| 4. | | Administrator Tandy SES Binder Materials Part 2: SES Lists & ASAC Experience Lists | DEA-00003127-3151 |
| 5. | 10/18/2007 | E-Mail from K. Tandy to M. Leonhart | DEA-00000958-59 |
| 6. | 10/18/2007 | Email from K. Tandy to M. Leonhart | DEA-00000960-61 |
| 7. | 10/18/2007 | Email from K. Tandy to M. Leonhart | DEA-00000962-963 |
| 8. | 10/18/2007 | SES Cable | Def.'s Mot. to Dismiss, Exhibit H |
| 9. | 2/24/2004 | SES Application Handbook | DEA-ROI-0000324-345 |
| 10. | | Lee Lofthus Talking Points | DEA-00000515-516 |
| 11. | | Annual Performance Appraisal for period 1/30/2006-12/31/2006 | DEA-00000001-16 |
| 12. | 8/3/2005 | Declaration from M. Leonhart and Transcript of August 3, 2005 Career Board Meeting Audio File Excerpts | Def.'s Mot. for Sum. Judg., Exhibit JJ |
| 13. | 2/13/2006 | Email chain from K. Tandy to M. Leonhart re Security Programs | DEA-00000607 |

| No. | Date | Description | Bates-Stamp |
|---|---|---|---|
| 14. | 5/24/2006 | Email from E. Gilmore to M. Leonhart re Career Status | DEA-00000577 |
| 15. | 6/26/2006 | Email chain between E. Gilmore and M. Leonhart re Background Investigation | DEA-00000578-79 |
| 16. | 6/26/2006 | Email chain between E. Gilmore and M. Leonhart re Background Investigation (contd.) | DEA-00000583-86 |
| 17. | 8/18/2006 | Email from E. Gilmore to M. Leonhart et al., re Security Clearances for TFOs | DEA-00000589 |
| 18. | 9/26/2006 | Email from M. Leonhart to R. Guevara copying Gilmore et al., re Call from DOJ re DEA's progress with E-Quip | DEA-00000572 |
| 19. | 1/22/2007 | Memorandum re Approval to Change Performance Management Rating Cycle | DEA-00001891-1892 |
| 20. | 2/15/2007 | Memorandum re Notice of Change in Performance Rating Cycle | DEA-00001877-1878 |
| 21. | 2/27/2007 | Email from E. Gilmore to M. Leonhart et al., re Responses for the AD (eQIP) | DEA-00000593-94 |
| 22. | 3/9/2007 | Email from E. Gilmore to M. Leonhart et al., re MY DEA cell phone is in-op | DEA-00000595 |
| 23. | 5/15/2007 | Email from E. Gilmore to J. Kasson re Congrats | DEA-00000637 |
| 24. | 6/15/2007 | Handwritten notes from M. Leonhart conversation with R. Guevara | DEA-00003120-3122 |
| 25. | 6/27/2007 | Email from J. Kasson to E. Gilmore et al. re TFO status | DEA-00000638 |
| 26. | 8/22/2007 | Email from J. Dunlap to E. Gilmore et al. re eQIP | DEA-0000507-509 |

| No. | Date | Description | Bates-Stamp |
|---|---|---|---|
| 27. | 10/4/2007 | Memorandum from C. Kasch re 2007 Employee Performance Appraisals | DEA-00001721-1726 |
| 28. | 10/9/2007 | Annual Performance Appraisal for period 1/30/2007-9/312007 | DEA-00000531-550 |
| 29. | 10/22/2007 | Email from E. Gilmore to J. Kasson re Please indulge me | ELG00000488 |
| 30. | 12/12/2007 | Email from J. Kasson to G. Davis regarding TFO backlog | DEA-00000633 |
| 31. | 2007 | DEA Organizational Chart | |
| 32. | | Administrator Leonhart's Handwritten Notes Regarding ASACs | DEA-000001924-1926 |
| 33. | | Administrator Leonhart's Handwritten Notes Regarding Messrs. Gilmore and Biales | DEA-00000551-52 |
| 34. | | SES Executive Summaries Submitted for Administrator Tandy's consideration | DEA-00002986-3066 |
| 35. | | Administrator Leonhart's SES binder | DEA-00002776-2985 |
| 36. | | Administrator Leonhart's hard copy documents and handwritten notes | DEA-00003067-3122 |
| 37. | | Demonstrative Summaries | |

\*\* While the Exhibits shall be delivered to the clerk as provided by Local Rule 79(A), certain exhibits were designated as confidential by the parties' protective order and will be filed under seal. The undersigned will file a motion to seal these documents promptly after conferring with counsel for plaintiff regarding such a motion.

       Respectfully submitted,

       DANA J. BOENTE
       UNITED STATES ATTORNEY

*By*:  _____/s/_____
       Ayana N. Free
       R. Joseph Sher
       Assistant United States Attorneys
       Erin K. Murdock-Park
       Special Assistant United States Attorney
       2100 Jamieson Avenue
       Alexandria, Virginia 22314
       (703) 299-3785 (phone)
       (703) 299-3983 (fax)
       ayana.free@usdoj.gov

       *Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 29, 2014, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing to the following:

Bradford Hardin (#76812)
WILMER CUTLER PICKERING HALE AND DORR LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
bradford.hardin@wilmerhale.com
*Counsel for the Plaintiff*

/s/
Ayana N. Free
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3785
Fax: (703) 299-3983
Email: ayana.free@usdoj.gov
*Counsel for the Defendant*