## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE,　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　) | |
| 　　　Plaintiff,　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　) | |
| 　　　v.　　　　　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　) | Civil Action No. 1:13-cv-789 (LMB/IDD) |
| ERIC HOLDER,　　　　　　　　　　　　　) | |
| in his official capacity as　　　　　　　　) | |
| Attorney General of the United States,　　) | |
| 　　　　　　　　　　　　　　　　　　　　) | |
| 　　　Defendant.　　　　　　　　　　　　) | |
| 　　　　　　　　　　　　　　　　　　　　) | |

### DEFENDANT'S MOTION *IN LIMINE*
### TO EXCLUDE CERTAIN OF PLAINTIFF'S EVIDENCE

Defendant Eric Holder, Attorney General of the United States, through his undersigned counsel, hereby respectfully moves *in limine* to exclude certain of plaintiff's evidence. The grounds for this motion are more fully explicated in the memorandum of law that has been filed simultaneously with the motion.

//
//

                    Respectfully submitted,

                    DANA J. BOENTE
                    UNITED STATES ATTORNEY

*By*:              /s/
                    AYANA N. FREE
                    R. JOSEPH SHER
                    Assistant United States Attorneys
                    ERIN K. MURDOCK-PARK
                    Special Assistant United States Attorney
                    OFFICE OF THE UNITED STATES ATTORNEY
                    Justin W. Williams Building
                    2100 Jamieson Avenue
                    Alexandria, Virginia 22314
                    Telephone:   (703) 299-3785
                    Fax:           (703) 299-3983
                    Email:       ayana.free@usdoj.gov

DATED:  May 30, 2014          *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following:

Bradford Hardin (#76812)
WILMER CUTLER PICKERING HALE AND DORR LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
bradford.hardin@wilmerhale.com
*Counsel for the Plaintiff*

                                                /s/
                                  ERIN K. MURDOCK-PARK
                                  Special Assistant United States Attorney
                                  OFFICE OF THE UNITED STATES ATTORNEY
                                  Justin W. Williams Building
                                  2100 Jamieson Avenue
                                  Alexandria, Virginia 22314
                                  Telephone:   (703) 299-3785
                                  Fax:              (703) 299-3983
                                  Email:          ayana.free@usdoj.gov

DATED:  May 30, 2014                      *Counsel for the Defendant*