# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ERIC HOLDER, )<br>in his official capacity as )<br>Attorney General of the United States, )<br>)<br>    Defendant. )<br>) | Civil Action No. 1:13-cv-789 (LMB/IDD) |

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that, on June 10, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, defendant Eric Holder, Attorney General of the United States, will bring on for hearing his motion *in limine* to exclude certain of the plaintiff's evidence in the above-captioned matter.

///
///

                                                       Respectfully submitted,

                                                       DANA J. BOENTE
                                                       UNITED STATES ATTORNEY

*By*:               /s/
        AYANA N. FREE
        R. JOSEPH SHER
        Assistant United States Attorneys
        ERIN K. MURDOCK-PARK
        Special Assistant United States Attorney
        OFFICE OF THE UNITED STATES ATTORNEY
        Justin W. Williams Building
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Telephone:    (703) 299-3785
        Fax:    (703) 299-3983
        Email:    ayana.free@usdoj.gov

DATED:  May 30, 2014        *Counsel for the Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following:

Bradford Hardin (#76812)
WILMER CUTLER PICKERING HALE AND DORR LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
bradford.hardin@wilmerhale.com
*Counsel for the Plaintiff*

        /s/
ERIN K. MURDOCK-PARK
Special Assistant United States Attorney
OFFICE OF THE UNITED STATES ATTORNEY
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone:   (703) 299-3785
Fax:               (703) 299-3983
Email:            ayana.free@usdoj.gov

DATED:  May 30, 2014            *Counsel for the Defendant*