**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |
|---|---|
| EDWARD L. GILMORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> ) <br> v. ) <br> ) <br> ) <br> ERIC HOLDER, ) <br> in his official capacity as ) <br> Attorney General of the United States, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:13-cv-789 |

**PLAINTIFF EDWARD L. GILMORE'S OBJECTIONS
TO DEFENDANT'S AMENDED TRIAL EXHIBITS**

| No. | Date | Description | Bates-Stamp | Plaintiff's Objections |
|---|---|---|---|---|
| 1 | 10/21/2006 | Request for Additional SES Positions | DEA-00001483-1501 | H (802), I (106), ID, R (402) |
| 2 |  | BQL, QL, ML, lists (2002-2005) | DEA-00001915-1923 | C (403), H (802), M (1002) |
| 3 |  | Administrator Tandy SES Binder Materials Part 1: <br><br> SES Lists, Executive Summaries & Candidate Application Cover Sheets | DEA-00002554-2775 | C (403), H (802), R (402), M (1002) |
| 4 |  | Administrator Tandy SES Binder Materials Part 2: <br><br> SES Lists & ASAC Experience Lists | DEA-00003127-3151 | F, H (802), I (106), ILL, M (1002), R (402), |
| 5 | 10/18/2007 | E-Mail from K. Tandy to M. Leonhart | DEA-00000958-59 | F, H (802), P (403), R (402) |

| No. | Date | Description | Bates-Stamp | Plaintiff's Objections |
|---|---|---|---|---|
| 6 | 10/18/2007 | Email from K. Tandy to M. Leonhart | DEA-00000960-61 | C (403), H (802), P (403), R (402) |
| 7 | 10/18/2007 | Email from K. Tandy to M. Leonhart | DEA-00000962-963 | C (403), H (802), P (403), R (402) |
| 8 | 10/18/2007 | SES Cable | Def.'s Mot. to Dismiss, Exhibit H | F, H (802), P (403), R (402) |
| 9 | 2/24/2004 | SES Application Handbook | DEA-ROI-0000324-345 | H (802) |
| 10 | | Lee Lofthus Talking Points | DEA-00000515-516 | F, H (802), R (402) |
| 11 | | Annual Performance Appraisal for period 1/30/2006-12/31/2006 | DEA-00000001-16 | H (802) |
| 12 | 8/3/2005 | Declaration from M. Leonhart and Transcript of August 3, 2005 Career Board Meeting Audio File Excerpts | Def.'s Mot. for Sum. Judg., Exhibit JJ | A (901), B (1002), H (802), N, P (403), R (402) |
| 13 | 2/13/2006 | Email chain from K. Tandy to M. Leonhart re Security Programs | DEA-00000607 | H (802), P (403), R (402) |
| 14 | 5/24/2006 | Email from E. Gilmore to M. Leonhart re Career Status | DEA-00000577 | H (802) |
| 15 | 6/26/2006 | Email chain between E. Gilmore and M. Leonhart re Background Investigation | DEA-00000578-79 | C (403), F, H (802), R (402) |
| 16 | 6/26/2006 | Email chain between E. Gilmore and M. Leonhart re Background Investigation (contd.) | DEA-00000583-86 | C (403), F, H (802), M (1002), R (402) |
| 17 | 8/18/2006 | Email from E. Gilmore to M. Leonhart et al., re Security Clearances for TFOs | DEA-00000589 | F, H (802) |

| No. | Date | Description | Bates-Stamp | Plaintiff's Objections |
|---|---|---|---|---|
| 18 | 9/26/2006 | Email from M. Leonhart to R. Guevara copying Gilmore et al., re Call from DOJ re DEA's progress with E-Quip | DEA-00000572 | H (802) |
| 19 | 1/22/2007 | Memorandum re Approval to Change Performance Management Rating Cycle | DEA-00001891-1892 | F, H (802), R (402) |
| 20 | 2/15/2007 | Memorandum re Notice of Change in Performance Rating Cycle | DEA-00001877-1878 | F, H (802), R (402) |
| 21 | 2/27/2007 | Email from E. Gilmore to M. Leonhart et al., re Responses for the AD (eQIP) | DEA-00000593-94 | F, H (802) |
| 22 | 3/9/2007 | Email from E. Gilmore to M. Leonhart et al., re MY DEA cell phone is in-op | DEA-00000595 | F, P (403), R (402) |
| 23 | 5/15/2007 | Email from E. Gilmore to J. Kasson re Congrats | DEA-00000637 | F, H (802), R (402) |
| 24 | 6/15/2007 | Handwritten notes from M. Leonhart conversation with R. Guevara | DEA-00003120-3122 | A (901), F, H (802), ILL, R(402) |
| 25 | 6/27/2007 | Email from J. Kasson to E. Gilmore et al. re TFO status | DEA-00000638 | F, H (802), R (402) |
| 26 | 8/22/2007 | Email from J. Dunlap to E. Gilmore et al. re eQIP | DEA-0000507-509 | F, H (802), R (402) |
| 27 | 10/4/2007 | Memorandum from C. Kasch re 2007 Employee Performance Appraisals | DEA-00001721-1726 | F, H (802), R (402) |
| 28 | 10/9/2007 | Annual Performance Appraisal for period 1/30/20079/312007 | DEA-00000531-550 | H (802) |
| 29 | 10/22/2007 | Email from E. Gilmore to J. Kasson re Please indulge me | ELG00000488 | F, H (802) |

| No. | Date | Description | Bates-Stamp | Plaintiff's Objections |
|---|---|---|---|---|
| 30 | 12/12/2007 | Email from J. Kasson to G. Davis regarding TFO backlog | DEA-00000633 | F, H (802) |
| 31 | 2007 | DEA Organizational Chart | | F, H (802), N, R (402) |
| 32 | | Administrator Leonhart's Handwritten Notes Regarding ASACs | DEA-000001924-1926 | A (901), F, H (802), ILL |
| 33 | | Administrator Leonhart's Handwritten Notes Regarding Messrs. Gilmore and Biales | DEA-00000551-52 | A (901), F, H (802), ILL, R (402) |
| 34 | | SES Executive Summaries Submitted for Administrator Tandy's consideration | DEA-00002986-3066 | C (403), H (802), R (402), M (1002) |
| 35 | | Administrator Leonhart's SES binder | DEA-00002776-2985 | C (403), H (802), R (402), M (1002) |
| 36 | | Administrator Leonhart's hard copy documents and handwritten notes | DEA-00003067-3122 | A (901), C (403), F, H (802), ILL, M (1022), P (403), R (402) |
| 37 | | Demonstrative Summaries | | DEM |

## OBJECTION KEY FOR EXHIBITS

| Code | Objection |
| --- | --- |
| **408 Settlement**. | Plaintiffs object to this exhibit on the ground that it involves discussion of a potential settlement. (Fed. R. Evid. 408) |
| **A (901) Authenticity**. | Plaintiffs object to this exhibit on the ground that it is not what it purports to be. (Fed. R. Evid. 901 & 902) |
| **B (1002) Original Document**. | Plaintiffs object to this exhibit on the ground that an original writing is required to prove the content thereof. (Fed. R. Evid. 1002) |
| **C (403) Cumulative**. | Plaintiffs object to this exhibit because it needlessly presents cumulative evidence. (Fed. R. Evid. 403) |
| **F Lack of Foundation**. | Plaintiffs object to this exhibit because the foundation necessary for its admission has not been laid and is not laid in the exhibit itself. (Fed. R. Evid. 104(b)) |
| **FRCP 37 Failure to Make Disclosures or to Cooperate in Discovery**. | Plaintiffs object to this exhibit because it is encompassed by one or more of Plaintiffs' discovery requests but the document and/or underlying data was not produced during the course of discovery. (Fed. R. Civ. P. 37). Plaintiffs reserve all other objections. |
| **H (802) Hearsay**. | Plaintiffs object to this exhibit because it constitutes or contains hearsay. (Fed. R. Evid. 801-802) |
| **I (106) Incomplete**. | Plaintiffs object to this exhibit because the exhibit, as submitted, does not contain the complete document. (Fed. R. Evid. 106). Plaintiffs reserve all other objections. |
| **ID Inaccurate Description**. | Plaintiffs object to this exhibit because it has an inaccurate description. Plaintiffs reserve all other objections. |
| **ILL Illegible**. | Plaintiffs object to this exhibit because it is illegible. Plaintiffs reserve all other objections. |
| **M (1002) Multiple Documents**. | Plaintiffs object to this exhibit because it contains more than one document. (Fed. R. Evid. 1002) |
| **N Not Previously Produced or Lacks Production Numbers**. | Plaintiffs object to this exhibit because it has not previously been produced or it lacks production numbers. Plaintiffs reserve all other objections. |
| **P (403) Unfair Prejudice**. | Plaintiffs object to this exhibit because its probative value is substantially outweighed by the danger of unfair prejudice and/or confusion of the issues. (Fed. R. Evid. 403) |
| **R (402) Relevance**. | Plaintiffs object to this exhibit because it is not relevant to any issue to be decided in this case. (Fed. R. Evid. 401 & 402) |

        Respectfully Submitted,


        /s/ Don Bradford Hardin, Jr.
        Don Bradford Hardin, Jr. (Va. Bar No. 76812)
        Eric Mahr (*pro hac vice*)
        Greg Butler (*pro hac vice*)
        Nicole Lindquist (*pro hac vice*)
        Wilmer Cutler Pickering Hale and Dorr LLP
        1875 Pennsylvania Ave., N.W.
        Washington, D.C. 20006
        Telephone: (202) 663-6000
        Facsimile: (202) 663-6363
        Email:    Bradford.Hardin@WilmerHale.com


Dated: June 3, 2014        *Counsel for Plaintiff Edward L. Gilmore*

Case 1:13-cv-00789-LMB-IDD Document 154 Filed 06/03/14 Page 6 of 7 PageID# 2699

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of June 2014, I sent copies of the foregoing PLAINTIFF EDWARD L. GILMORE'S OBJECTIONS TO DEFENDANT'S TRIAL EXHIBITS with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

                                               /s/D. Bradford Hardin, Jr.
                                               Don Bradford Hardin, Jr. (Va. Bar No. 76812)