# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| EDWARD L. GILMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:13-cv-00789 |
| ERIC HOLDER, in his official capacity as ) | |
| Attorney General of the United States, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on June 10, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, the plaintiff will bring for hearing its Motion in Limine to Preclude Certain Hearsay Evidence. The Motion will be heard by the Hon. Leonie M. Brinkema, United States District Judge, at her courtroom in the Albert V. Bryan United States Courthouse, 401 Courthouse Square, Alexandria, Virginia.

    Respectfully submitted,

    /s/ D. Bradford Hardin, Jr.
    Don Bradford Hardin, Jr. (Va. Bar No. 76812)
    Amy Kaplan (Va. Bar No. 80789)
    Eric Mahr *(pro hac vice)*
    Greg Butler *(pro hac vice)*
    Nicole Lindquist *(pro hac vice)*
    Wilmer Cutler Pickering Hale and Dorr LLP
    1875 Pennsylvania Ave., N.W.
    Washington, D.C. 20006
    Telephone: (202) 663-6000
    Facsimile: (202) 663-6363
    Bradford.Hardin@WilmerHale.com

Dated: June 3, 2014    *Counsel for Plaintiff Edward L. Gilmore*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2014, I electronically file the foregoing PLAINTIFF'S NOTICE OF HEARING with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

/s/D. Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)