**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

EDWARD L. GILMORE,

Plaintiff,

v.

ERIC HOLDER,
in his official capacity as
Attorney General of the United States,

Defendant.

Civil Action No. 1:13-cv-789
(LMB/IDD)

Objections to Plaintiff's Proposed Exhibits

Pursuant to the Court's May 29, 2014 Order (Dkt. No. 147) and Rule 26(a)(3), Defendant, through his undersigned counsel, hereby respectfully submits the following objections to plaintiff's proposed trial exhibit list filed in the above-captioned matter:

| Exhibit No. | Date | Description | Bates No. | Objection |
|---|---|---|---|---|
| PX001 | 11/07/1990 | Maher Memorandum re: Special Agent Promotions | ELG00001927-63 | FRE 401, 402 |
| PX002 | 2001 | DEA Assessment Center Profile | ELG00000656 | FRE 401, 402 Defendant's MIL Point III |
| PX003 | 06/21/2001 | Gilmore SAPP Results and Explanation | ELG00001889-93 | FRE 401, 402 Defendant's MIL Point III |
| PX004 | | Gilmore SAPP Narrative by Wheeler | ELG00001901-03 | FRE 401, 402 Defendant's MIL Point III |
| PX005 | | Gilmore SAPP Narrative | ELG00000660-62 | FRE 401, 402 Defendant's MIL Point III |
| PX006 | | Mr. Gilmore's Senior Executive Service Application | ELG00000819-ELG00000857 | FRE 401, 402 |
| PX007 | 06/01/2003 | Kasch Letter re: SES Application Rating | ELG00000094 | |

| Exhibit No. | Date | Description | Bates No. | Objection |
|---|---|---|---|---|
| PX008 | 01/03/2001 | Gilmore PRS Summary Form | ELG00001896-98 | FRE 401, 402 Defendant's MIL Point III |
| PX009 | 01/03/2001 | Gilmore PRS Summary Form | ELG00002147-49 | FRE 401, 402 Defendant's MIL Point III |
| PX010 | 01/03/2001 | Gilmore PRS Summary Form | ELG00001970-72 | FRE 401, 402 Defendant's MIL Point III |
| PX011 | | Gilmore Performance Appraisal Record (7/95 - 1/96) | DEA-00000256-81 | FRE 401, 402 |
| PX012 | | Gilmore Performance Appraisal Record (1/96 - 6/96) | DEA-00000228-55 | FRE 401, 402 |
| PX013 | | Gilmore Performance Appraisal Record (4/96 - 6/96) | DEA-00000198-227 | FRE 401, 402 |
| PX014 | | Gilmore Performance Appraisal Record (7/96 - 6/97) | DEA-00000166-97 | FRE 401, 402 |
| PX015 | | Gilmore Performance Appraisal Record (7/97 - 6/98) | DEA-00000139-65 | FRE 401, 402 |
| PX016 | | Gilmore Performance Appraisal Record (7/98 - 12/99) | ELG00001917-21 | FRE 401, 402 |
| PX017 | | Gilmore Performance Appraisal Record (1/00 - 12/00) | ELG00001906-13 | FRE 401, 402 |
| PX018 | | Gilmore Performance Appraisal Record (1/00 - 5/00) | DEA-00000108-12 | FRE 401, 402 |
| PX019 | | Gilmore Performance Appraisal Record (5/00 - 12/00) | DEA-00000097-100 | FRE 401, 402 |
| PX020 | | Gilmore Performance Appraisal Record (1/01 - 12/01) | DEA-00000078-80 | FRE 401, 402 |
| PX021 | | Gilmore Performance Appraisal Record (5/02 - 12/02) | ELG00001871-77 | FRE 401, 402 |
| PX022 | | Gilmore Performance Appraisal Record (1/02 - 5/02) | ELG00001880-86 | FRE 401, 402 |

| Exhibit No. | Date | Description | Bates No. | Objection |
|---|---|---|---|---|
| PX023 | | Gilmore Performance Appraisal Record (1/03 - 12/03) | ELG00001860-67 | FRE 401, 402 |
| PX024 | | Gilmore Performance Appraisal Record (1/04 - 12/04) | ELG00001850-57 | FRE 401, 402 |
| PX025 | | Gilmore Performance Appraisal Record (1/05 - 10/05) | ELG00001834-47 | FRE 401, 402 |
| PX026 | | Gilmore Performance Appraisal Record (10/05 - 1/06) | ELG00001816-31 | |
| PX027 | | Gilmore Performance Appraisal Record (1/06 - 12/06) | ELG00002014-29 | |
| PX028 | 10/09/2007 | Gilmore Performance Review (1/07 - 9/07) | ELG00002127-46 | |
| PX029[1] | 10/09/2007 | Gilmore Performance Review (1/07 – 9/07) | DEA-00000531-50 | |
| PX030 | 6/13/2006 | Kasch Letter re: Roach SES Application Rating | DEA-00001450 | |
| PX031 | 2/24/2002 | SES Application Handbook | DEA-ROI-0000323-345 | |
| PX032 | 11/7/2002 | Memo to Attorney General re New SES Positions | DEA-00001513-1538 | |
| PX033 | | United States Office of Personnel Management - Report on Senior Executive Pay & Performance Appraisal System for Fiscal Year 2009 | | FRE 402, 403, Defendant's MIL Point IV |
| PX034 | | Edward Gilmore Curriculum Vitae | ELG00000816-17 | |
| PX035 | 05/24/1990 | Martin Letter to Hammond re: Commendation of Special Agents Dave Panek and Ed Gilmore | ELG00000484-86 | FRE 401, 402 |
| PX036 | 08/17/1998 | Simpkins Letter to Gilmore | ELG00000647 | FRE 401, 402 |

[1] Defendant notes that Plaintiff objected under Rule of Evidence 802 to Defendant's Exhibit 28, which consists of the same Bates stamped pages as PEX029. Defendant also notes that PEX028 and PEX029 appear to be identical documents.

| Exhibit No. | Date | Description | Bates No. | Objection |
|---|---|---|---|---|
| PX037 | | Inspection Division Office of Security Programs Executive Section (IS) 2007 Self-Inspection | DEA-00001022-28 | |
| PX038 | 04/11/2006 | Guevara E-mail to Stawicki re: SAPP | DEA-00000768 | |
| PX039 | 05/24/2006 | Gilmore E-mail to Leonhart re: Career Status | DEA-00000577 | |
| PX040 | 5/24/2006 | Leonhart E-mail to Gilmore re: Career Status | DEA-00001669 | |
| PX041 | 09/26/2006 | Leonhart E-mail to Guevara re: Call from DOJ | DEA-00000572 | |
| PX042 | 06/01/2007 | Briefing Book to James Kasson | ELG00001055-88 | |
| PX043 | 08/23/2007 | Leonhart E-mail to Kasson | DEA-00000553-55 | |
| PX044 | 10/18/2007 | Tandy E-mail to Leonhart re: As we discussed | DEA-00000962-63 | |
| PX045 | 10/18/2007 | Tandy E-mail to Leonhart re: As we discussed | DEA-00000960-61 | |
| PX046 | 10/18/2007 | Tandy E-mail to Leonhart re: As we discussed | DEA-00000958-59 | |
| PX047 | 12/14/2007 | Kasson E-mail to Gilmore re Help Provided by Chicago Div. Office | DEA-00001018 | |
| PX048 | 01/23/2002 | Minutes of Career Board Meeting | DEA-00000801-17 | FRE 401, 402 |
| PX049 | 08/03/2005 | Minutes of Career Board Meeting | DEA-00001058-70 | |
| PX050 | 10/04/2005 | Minutes of Career Board Meeting | DEA-00001071-87 | FRE 401, 402 Defendant's MIL Point II |
| PX051 | 01/12/2006 | Minutes of Career Board Meeting | DEA-00001114-56 | FRE 401, 402 |
| PX052 | | SES Best Qualified List by ASAC Experience | DEA-00001102-04 | |

| Exhibit No. | Date | Description | Bates No. | Objection |
|---|---|---|---|---|
| PX053 | | Promotion Information Related to Individuals on SES BQL, QL, MQL Lists During Time Plaintiff was on SES BQL | DEA-00001568-71 | |
| PX054 | August 11, 2006 | Paul McNulty memo re: FY 2006 SES bonuses and pay adjustments | DEA-00003250-51 | FRE 402, 403, Defendant's MIL Point IV |
| PX055 | August 1, 2007 | Paul McNulty memo re: FY 2007 SES bonuses and pay adjustments | DEA-00003252-53 | FRE 402, 403, Defendant's MIL Point IV |
| PX056 | September 18, 2008 | Rod Markham memo re: SES appraisals for FY 2008 | DEA-00003254-56 | FRE 402, 403, Defendant's MIL Point IV |
| PX057 | August 22, 2008 | Mark Filip memo re: FY 2008 SES bonuses and pay adjustments | DEA-00003257-58 | FRE 402, 403, Defendant's MIL Point IV |
| PX058 | September 11, 2009 | David Ogden memo re: FY 2009 SES bonuses and pay adjustments | DEA-00003259 | FRE 402, 403, Defendant's MIL Point IV |
| PX059 | October 16, 2010 | Gary Grindler memo re: FY 2010 SES bonuses and pay adjustments | DEA-00003260 | FRE 402, 403, Defendant's MIL Point IV |
| PX060 | September 29, 2011 | James Cole memo re: 2011 SES bonuses | DEA-00003261 | FRE 402, 403, Defendant's MIL Point IV |
| PX061 | 2007 | Federal Tax Return Forms | ELG00001022-29 | FRE 402, 403, Defendant's MIL Point IV |
| PX062 | 2007 | Illinois Tax Return Forms | ELG00000992-98 | FRE 402, 403, Defendant's MIL Point IV |
| PX063 | 2007 | Form 1040 | ELG00000983-91 | FRE 402, 403, Defendant's MIL Point IV |
| PX064 | 2007 | Virginia Tax Documents | ELG00000015-17 | FRE 402, 403, Defendant's MIL Point IV |
| PX065 | 2007 | Virginia Tax Return | ELG00000009-14 | FRE 402, 403, Defendant's MIL Point IV |
| PX066 | 2008 | Federal Tax Return Forms | ELG00001016-21 | FRE 402, 403, Defendant's MIL Point IV |

| Exhibit No. | Date | Description | Bates No. | Objection |
|---|---|---|---|---|
| PX067 | 2008 | Illinois Tax Return Forms | ELG00001009-15 | FRE 402, 403, Defendant's MIL Point IV |
| PX068 | 2008 | Virginia Tax Return Forms | ELG00001006-ELG00001008 | FRE 402, 403, Defendant's MIL Point IV |
| PX069 | 2008 | Form 1040 | ELG00000999-1005 | FRE 402, 403, Defendant's MIL Point IV |
| PX070 | 2008 | Form W-2 | ELG00000020 | FRE 402, 403, Defendant's MIL Point IV |
| PX071 | 2008 | Form W-2 | ELG00000018 | FRE 402, 403, Defendant's MIL Point IV |
| PX072 | 2008 | Form W-2 | ELG00002166 | FRE 402, 403, Defendant's MIL Point IV |
| PX073 | 2009 | Form W-2 | ELG00001196-97 | FRE 402, 403, Defendant's MIL Point IV |
| PX074 | 2009 | Illinois Tax Return Forms | ELG00001042-46 | FRE 402, 403, Defendant's MIL Point IV |
| PX075 | 2009 | Federal Tax Return Forms | ELG00001036-41 | FRE 402, 403, Defendant's MIL Point IV |
| PX076 | 2009 | Tax Document | ELG00000049 | FRE 402, 403, Defendant's MIL Point IV |
| PX077 | 2009 | Form W-2c | ELG00000046-47 | FRE 402, 403, Defendant's MIL Point IV |
| PX078 | 2009 | Form W-2 | ELG00000043 | FRE 402, 403, Defendant's MIL Point IV |
| PX079 | 2009 | CSA Form 1099R | ELG00000036-42 | FRE 402, 403, Defendant's MIL Point IV |
| PX080 | 2010 | Tax Documents | ELG00001340-46 | FRE 402, 403, Defendant's MIL Point IV |
| PX081 | 2010 | Statements of Annuity Paid | ELG00001338-39 | FRE 402, 403, Defendant's MIL Point IV |

| Exhibit No. | Date | Description | Bates No. | Objection |
|---|---|---|---|---|
| PX082 | 2010 | Form 1099 | ELG00001332-37 | FRE 402, 403, Defendant's MIL Point IV |
| PX083 | 2010 | Tax Documents | ELG00001327-31 | FRE 402, 403, Defendant's MIL Point IV |
| PX084 | 2010 | Form W-2 | ELG00000450-51 | FRE 402, 403, Defendant's MIL Point IV |
| PX085 | 2010 | Form W-2 | ELG00000449 | FRE 402, 403, Defendant's MIL Point IV |
| PX086 | 2010 | Illinois Tax Return Forms | ELG00001324-26 | FRE 402, 403, Defendant's MIL Point IV |
| PX087 | 2010 | Federal Tax Return Forms | ELG00001317-22 | FRE 402, 403, Defendant's MIL Point IV |
| PX088 | 2011 | Statement of Annuity Paid | ELG00001323 | FRE 402, 403, Defendant's MIL Point IV |
| PX089 | 2011 | Form W-2 | ELG00000456 | FRE 402, 403, Defendant's MIL Point IV |
| PX090 | 2011 | Form W-2 | ELG00000455 | FRE 402, 403, Defendant's MIL Point IV |
| PX091 | 2011 | Form W-2 | ELG00000454 | FRE 402, 403, Defendant's MIL Point IV |
| PX092 | 2011 | Form W-2 | ELG00000452 | FRE 402, 403, Defendant's MIL Point IV |
| PX093 | 5/9/2009 | Employment Agreement | ELG00000100-108 | FRE 402, 403, Defendant's MIL Point IV |
| PX094 | 2008 | Statement of Annuity Paid | ELG00001203 | FRE 402, 403, Defendant's MIL Point IV |
| PX095 | 2009 | Statement of Annuity Paid | ELG00001204 | FRE 402, 403, Defendant's MIL Point IV |
| PX096 | 2010 | Statement of Annuity Paid | ELG00001205 | FRE 402, 403, Defendant's MIL Point IV |

| Exhibit No. | Date | Description | Bates No. | Objection |
|---|---|---|---|---|
| PX097 | 2011 | Statement of Annuity Paid | ELG00001206 | FRE 402, 403, Defendant's MIL Point IV |
| PX098 | 2012 | Statement of Annuity Paid | ELG00001207 | FRE 402, 403, Defendant's MIL Point IV |
| PX099 | 01/07/07 | Personnel Action Form | ELG00002177 | FRE 402, 403, Defendant's MIL Point IV |
| PX100 | 09/07/06 | Personnel Action Form | ELG00002178 | FRE 402, 403, Defendant's MIL Point IV |
| PX101 | 01/08/06 | Personnel Action Form | ELG00002179 | FRE 402, 403, Defendant's MIL Point IV |
| PX102 | 10/30/05 | Personnel Action Form | ELG00002180-81 | FRE 402, 403, Defendant's MIL Point IV |
| PX103 | 02/24/2014 | U.S. Office of FERS Information Computation | | FRE 402, 403, Defendant's MIL Point IV |
| PX104 | | SES Salary Table 2007 | | FRE 402, 403, Defendant's MIL Point IV |
| PX105 | | SES Salary Table 2008 | | FRE 402, 403, Defendant's MIL Point IV |
| PX106 | | SES Salary Table 2009 | | FRE 402, 403, Defendant's MIL Point IV |
| PX107 | | SES Salary Table 2010 | | FRE 402, 403, Defendant's MIL Point IV |
| PX108 | | SES Salary Table 2011 | | FRE 402, 403, Defendant's MIL Point IV |
| PX109 | 03/18/2014 | Daily Treasury Yield Curve Rates | | FRE 402, 403, Defendant's MIL Point IV |
| PX110 | 01/06/2014 | National Vital Statistics Report, Vol. 62, No. 7 – United States Life Tables 2009 | | FRE 402, 403, Defendant's MIL Point IV |
| PX111 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel | | FRE 402, 403, Defendant's MIL Point IV |

| Exhibit No. | Date | Description | Bates No. | Objection |
|---|---|---|---|---|
| PX112 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel – Exhibit A | | FRE 402, 403, Defendant's MIL Point IV |
| PX113 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel – Exhibit B | | FRE 402, 403, Defendant's MIL Point IV |
| PX114 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel – Exhibit C | | FRE 402, 403, Defendant's MIL Point IV |
| PX115 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel – Exhibit 1 | | FRE 402, 403, Defendant's MIL Point IV |
| PX116 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel – Exhibit 2 | | FRE 402, 403, Defendant's MIL Point IV |
| PX117 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel – Exhibit 3 | | FRE 402, 403, Defendant's MIL Point IV |
| PX118 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel – Exhibit 3.1 | | FRE 402, 403, Defendant's MIL Point IV |
| PX119 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel – Exhibit 4 | | FRE 402, 403, Defendant's MIL Point IV |
| PX120 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel – Exhibit 5 | | FRE 402, 403, Defendant's MIL Point IV |
| PX121 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel – Exhibit 6 | | FRE 402, 403, Defendant's MIL Point IV |
| PX122 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel – Exhibit 6.1 | | FRE 402, 403, Defendant's MIL Point IV |
| PX123 | 02/26/2014 | Expert Report of Robert A. Hutchins and Andrew J. Ackel – Exhibit 6.2 | | FRE 402, 403, Defendant's MIL Point IV |
| PX124 | 4/15/14 | Expert Report Supplement of Robert A. Hutchins and Andrew J. Ackel | | FRE 402, 403, Defendant's MIL Point IV |
| PX125 | 4/15/14 | Expert Report Supplement of Robert A. Hutchins and Andrew J. Ackel – Exhibit C | | FRE 402, 403, Defendant's MIL Point IV |

| Exhibit No. | Date | Description | Bates No. | Objection |
|---|---|---|---|---|
| PX126 | 4/15/14 | Expert Report Supplement of Robert A. Hutchins and Andrew J. Ackel – Exhibit 7.0 | | FRE 402, 403, Defendant's MIL Point IV |
| PX127 | 4/15/14 | Expert Report Supplement of Robert A. Hutchins and Andrew J. Ackel – Exhibit 8.0 | | FRE 402, 403, Defendant's MIL Point IV |
| PX128 | 4/15/14 | Expert Report Supplement of Robert A. Hutchins and Andrew J. Ackel – Exhibit 8.1 | | FRE 402, 403, Defendant's MIL Point IV |
| PX129 | 4/15/14 | Expert Report Supplement of Robert A. Hutchins and Andrew J. Ackel – Exhibit 9.0 | | FRE 402, 403, Defendant's MIL Point IV |
| PX130 | 4/15/14 | Expert Report Supplement of Robert A. Hutchins and Andrew J. Ackel – Exhibit 9.1 | | FRE 402, 403, Defendant's MIL Point IV |
| PX131 | 4/15/14 | Expert Report Supplement of Robert A. Hutchins and Andrew J. Ackel – Exhibit 10.0 | | FRE 402, 403, Defendant's MIL Point IV |

Objections to Plaintiff's Proposed Deposition Designations

Defendant opposes all of the plaintiff's deposition designations, as set forth in Attachments A-E of Plaintiff's disclosures, as former testimony inadmissible at trial under Federal Rule of Evidence 804(b)(1).

| | |
|---|---|
| Deposition of Mark Mazzei taken on March 7, 2014 | Attachment A |
| Deposition of James Kasson taken on March 11, 2014 | Attachment B |
| Deposition of Rogelio Guevara taken on March 14, 2014 | Attachment C |
| Deposition of Pamela Horvath taken on April 3, 2014 | Attachment D |
| Deposition of Michele Leonhart taken on April 9, 2014 | Attachment E |

**Attachment A**

| Deposition of Mark Mazzei Taken on March 7, 2014 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Designations** | **DEA's Counter Designations** | | | |
| | **DEA's Objections** | **DEA's Counter-Designations** | **Plaintiff's Objections** | **Plaintiff's Rebuttal Designations** |
| 7:14-16 | FRE 804(b)(1) | | | |
| 9:19–10:3 | FRE 804(b)(1) | | | |
| 22:14-17 | FRE 804(b)(1) | | | |
| 37:17–38:5 | FRE 804(b)(1) | | | |
| 55:3-8 | FRE 804(b)(1) | | | |
| 59:22–60:8 | FRE 804(b)(1) | | | |
| 60:12-15 | FRE 804(b)(1) | | | |
| 113:16-20 | FRE 804(b)(1) | | | |
| 114:1-6 | FRE 804(b)(1) | | | |
| 114:8–115:4 | FRE 804(b)(1) | | | |
| 133:16-20 | FRE 804(b)(1) | | | |

**Attachment B**

| Deposition of James Kasson Taken on March 11, 2014 | | | | |
|---|---|---|---|---|
| Plaintiffs' Designations | DEA's Counter Designations | | | |
| | DEA's Objections | DEA's Counter-Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
| 8:15-19 | FRE 804(b)(1) | | | |
| 9:3-5 | FRE 804(b)(1) | | | |
| 9:16-18 | FRE 804(b)(1) | | | |
| 41:11-20 | FRE 804(b)(1) | | | |
| 42:15-18 | FRE 804(b)(1) | | | |
| 44:19–45:4 | FRE 804(b)(1) | | | |
| 46:22–47:7 | FRE 804(b)(1) | | | |
| 47:16-18 | FRE 804(b)(1) | | | |
| 47:21–48:1 | FRE 804(b)(1) | | | |
| 48:4 | FRE 804(b)(1) | | | |
| 48:13–49:7 | FRE 804(b)(1) | | | |
| 49:9–50:1 | FRE 804(b)(1) | | | |
| 50:5-6 | FRE 804(b)(1) | | | |
| 50:9-21 | FRE 804(b)(1) | | | |
| 51:4-16 | FRE 804(b)(1) | | | |
| 52:4-5 | FRE 804(b)(1) | | | |
| 52:8-12 | FRE 804(b)(1) | | | |
| 52:14–53:6 | FRE 804(b)(1) | | | |
| 53:21–54:8 | FRE 804(b)(1) | | | |
| 54:10-12 | FRE 804(b)(1) | | | |
| 56:2-5 | FRE 804(b)(1) | | | |
| 56:11-12 | FRE 804(b)(1) | | | |
| 57:8-10 | FRE 804(b)(1) | | | |
| 57:12 | FRE 804(b)(1) | | | |
| 58:19-20 | FRE 804(b)(1) | | | |
| 59:7-11 | FRE 804(b)(1) | | | |
| 67:22–68:2 | FRE 804(b)(1) | | | |
| 68:5-6 | FRE 804(b)(1) | | | |
| 68:10-12 | FRE 804(b)(1) | | | |
| 68:15–69:3 | FRE 804(b)(1) | | | |
| 69:9-10 | FRE 804(b)(1) | | | |
| 69:12-17 | FRE 804(b)(1) | | | |
| 69:20–70:1 | FRE 804(b)(1) | | | |
| 70:3 | FRE 804(b)(1) | | | |
| 88:22–89:13 | FRE 804(b)(1) | | | |
| 91:7-13 | FRE 804(b)(1) | | | |
| 95:4-96:1 | FRE 804(b)(1) | | | |
| 96:13-14 | FRE 804(b)(1) | | | |
| 96:16-18 | FRE 804(b)(1) | | | |
| 99:17-21 | FRE 804(b)(1) | | | |
| 107:17–108:7 | FRE 804(b)(1) | | | |

| Deposition of James Kasson Taken on March 11, 2014 | | | | |
|---|---|---|---|---|
| Plaintiffs' Designations | DEA's Counter Designations | | | |
| | DEA's Objections | DEA's Counter-Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
| 138:20–139:1 | FRE 804(b)(1) | | | |
| 139:8–141:12 | FRE 804(b)(1) | | | |
| 142:7-9 | FRE 804(b)(1) | | | |
| 142:11 | FRE 804(b)(1) | | | |
| 153:10–154:2 | FRE 804(b)(1) | | | |
| 156:1-4 | FRE 804(b)(1) | | | |
| 156:6-10 | FRE 804(b)(1) | | | |
| 166:14–167:2 | FRE 804(b)(1) | | | |
| 168:8-13 | FRE 804(b)(1) | | | |
| 171:13–172:2 | FRE 804(b)(1) | | | |
| 172:9-11 | FRE 804(b)(1) | | | |
| 172:13 | FRE 804(b)(1) | | | |
| 188:12–189:9 | FRE 804(b)(1) | | | |

**Attachment C**

| Deposition of Rogelio Guevara taken on March 14, 2014 | | | | |
|---|---|---|---|---|
| Plaintiffs' Designations | DEA's Counter Designations | | | |
| | DEA's Objections | DEA's Counter-Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
| 5:6-9 | FRE 804(b)(1) | | | |
| 21:17-19 | FRE 804(b)(1) | | | |
| 22:1-8 | FRE 804(b)(1) | | | |
| 23:12-13 | FRE 804(b)(1) | | | |
| 23:22–24:6 | FRE 804(b)(1) | | | |
| 25:4-6 | FRE 804(b)(1) | | | |
| 25:19–26:7 | FRE 804(b)(1) | | | |
| 26:16–27:11 | FRE 804(b)(1) | | | |
| 27:13-20 | FRE 804(b)(1) | | | |
| 28:8–29:2 | FRE 804(b)(1) | | | |
| 29:4-9 | FRE 804(b)(1) | | | |
| 29:12-17 | FRE 804(b)(1) | | | |
| 34:3-11 | FRE 804(b)(1) | | | |
| 37:11-16 | FRE 804(b)(1) | | | |
| 44:5-6 | FRE 804(b)(1) | | | |
| 44:8 | FRE 804(b)(1) | | | |
| 48:6-20 | FRE 804(b)(1) | | | |
| 48:21–49:12 | FRE 804(b)(1) | | | |
| 53:1-9 | FRE 804(b)(1) | | | |
| 56:8-12 | FRE 804(b)(1) | | | |
| 56:14-16 | FRE 804(b)(1) | | | |
| 63:4-8 | FRE 804(b)(1) | | | |
| 66:15–67:13 | FRE 804(b)(1) | | | |
| 71:17-19 | FRE 804(b)(1) | | | |
| 71:21–72:9 | FRE 804(b)(1) | | | |
| 72:11–73:2 | FRE 804(b)(1) | | | |
| 73:4-7 | FRE 804(b)(1) | | | |
| 73:9-10 | FRE 804(b)(1) | | | |
| 73:12–74:16 | FRE 804(b)(1) | | | |
| 77:5-6 | FRE 804(b)(1) | | | |
| 77:8-15 | FRE 804(b)(1) | | | |
| 79:10–80:5 | FRE 804(b)(1) | | | |
| 80:14–81:6 | FRE 804(b)(1) | | | |
| 82:12-18 | FRE 804(b)(1) | | | |
| 90:4-8 | FRE 804(b)(1) | | | |
| 93:4–97:15 | FRE 804(b)(1) | | | |
| 97:17–99:5 | FRE 804(b)(1) | | | |
| 100:6–102:16 | FRE 804(b)(1) | | | |
| 106:1-11 | FRE 804(b)(1) | | | |
| 106:13-22 | FRE 804(b)(1) | | | |
| 111:18–112:10 | FRE 804(b)(1) | | | |

| Deposition of Rogelio Guevara taken on March 14, 2014 | | | | |
|---|---|---|---|---|
| Plaintiffs' Designations | DEA's Counter Designations | | | |
| | DEA's Objections | DEA's Counter-Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
| 112:21–113:9 | FRE 804(b)(1) | | | |
| 114:4–115:1 | FRE 804(b)(1) | | | |
| 119:11–120:6 | FRE 804(b)(1) | | | |
| 120:8-10 | FRE 804(b)(1) | | | |
| 120:12-13 | FRE 804(b)(1) | | | |
| 125:13–126:6 | FRE 804(b)(1) | | | |
| 127:10–129:7 | FRE 804(b)(1) | | | |
| 129:9–135:13 | FRE 804(b)(1) | | | |
| 135:15–136:6 | FRE 804(b)(1) | | | |
| 136:14–137:4 | FRE 804(b)(1) | | | |
| 137:6–141.10 | FRE 804(b)(1) | | | |
| 141:15–142:6 | FRE 804(b)(1) | | | |
| 143:2–147:12 | FRE 804(b)(1) | | | |
| 147:14-18 | FRE 804(b)(1) | | | |
| 147:20–149:7 | FRE 804(b)(1) | | | |
| 149:10–150:8 | FRE 804(b)(1) | | | |
| 151:1–158:9 | FRE 804(b)(1) | | | |
| 158:17–160:10 | FRE 804(b)(1) | | | |
| 160:12–161:14 | FRE 804(b)(1) | | | |
| 161:16–163:16 | FRE 804(b)(1) | | | |
| 163:21–165:17 | FRE 804(b)(1) | | | |
| 165:20-22 | FRE 804(b)(1) | | | |
| 166:2 | FRE 804(b)(1) | | | |
| 166:3-22 | FRE 804(b)(1) | | | |
| 167:2-15 | FRE 804(b)(1) | | | |
| 168:5–169:5 | FRE 804(b)(1) | | | |
| 169:15–170:18 | FRE 804(b)(1) | | | |
| 170:20 | FRE 804(b)(1) | | | |
| 171:6–173:15 | FRE 804(b)(1) | | | |
| 173:21–176:4 | FRE 804(b)(1) | | | |
| 177:3-9 | FRE 804(b)(1) | | | |
| 177:16–178:3 | FRE 804(b)(1) | | | |
| 179:17–180:3 | FRE 804(b)(1) | | | |
| 180:17–181:9 | FRE 804(b)(1) | | | |
| 182:11-14 | FRE 804(b)(1) | | | |
| 182:15-22 | FRE 804(b)(1) | | | |
| 183:2 | FRE 804(b)(1) | | | |
| 183:4-6 | FRE 804(b)(1) | | | |
| 183:9-16 | FRE 804(b)(1) | | | |
| 183:19-20 | FRE 804(b)(1) | | | |
| 183:21–184:16 | FRE 804(b)(1) | | | |
| 185:1-15 | FRE 804(b)(1) | | | |
| 185:18–186:5 | FRE 804(b)(1) | | | |

| Deposition of Rogelio Guevara taken on March 14, 2014 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Designations** | **DEA's Counter Designations** | | | |
| | **DEA's Objections** | **DEA's Counter-Designations** | **Plaintiff's Objections** | **Plaintiff's Rebuttal Designations** |
| 186:6–187:7 | FRE 804(b)(1) | | | |
| 187:10–188:3 | FRE 804(b)(1) | | | |
| 188:5-10 | FRE 804(b)(1) | | | |
| 188:12–189:7 | FRE 804(b)(1) | | | |
| 189:9-21 | FRE 804(b)(1) | | | |
| 190:1-7 | FRE 804(b)(1) | | | |
| 190:12-14 | FRE 804(b)(1) | | | |
| 190:16-22 | FRE 804(b)(1) | | | |
| 191:3-7 | FRE 804(b)(1) | | | |
| 191:10–192:7 | FRE 804(b)(1) | | | |
| 194:9 | FRE 804(b)(1) | | | |
| 194:11–195:7 | FRE 804(b)(1) | | | |
| 195:9-18 | FRE 804(b)(1) | | | |
| 195:20 | FRE 804(b)(1) | | | |
| 196:3-17 | FRE 804(b)(1) | | | |
| 208:17-21 | FRE 804(b)(1) | | | |
| 209:1-3 | FRE 804(b)(1) | | | |

**Attachment D**

| Deposition of Pamela Horvath taken April 3, 2014 | | | | |
|---|---|---|---|---|
| Plaintiffs' Designations | DEA's Counter Designations | | | |
| | DEA's Objections | DEA's Counter-Designations | Plaintiff's Objections | Plaintiff's Rebuttal Designations |
| 8:7–9:12 | FRE 804(b)(1) | | | |
| 19:7–20:2 | FRE 804(b)(1) | | | |
| 24:7-18 | FRE 804(b)(1) | | | |
| 24:19-21 | FRE 804(b)(1) | | | |
| 25:2-3 | FRE 804(b)(1) | | | |
| 26:20–27:11 | FRE 804(b)(1) | | | |
| 33:15–35:21 | FRE 804(b)(1) | | | |
| 36:19-22 | FRE 804(b)(1) | | | |
| 37:1-22 | FRE 804(b)(1) | | | |
| 38:4-8 | FRE 804(b)(1) | | | |
| 39:10–40:5 | FRE 804(b)(1) | | | |
| 42:17–43:19 | FRE 804(b)(1) | | | |
| 44:16–45:4 | FRE 804(b)(1) | | | |
| 50:14-19 | FRE 804(b)(1) | | | |
| 52:5-11 | FRE 804(b)(1) | | | |
| 53:10–54:7 | FRE 804(b)(1) | | | |
| 64:2–66:1 | FRE 804(b)(1) | | | |
| 67:11–68:5 | FRE 804(b)(1) | | | |
| 69:16-22 | FRE 804(b)(1) | | | |

**Attachment E**

| Deposition of Michele Leonhart taken April 9, 2014 | | | | |
|---|---|---|---|---|
| **Plaintiffs' Designations** | **DEA's Counter Designations** | | | |
| | **DEA's Objections** | **DEA's Counter-Designations** | **Plaintiff's Objections** | **Plaintiff's Rebuttal Designations** |
| 6:7-10 | FRE 804(b)(1) | | | |
| 13:2-5 | FRE 804(b)(1) | | | |
| 13:6-21 | FRE 804(b)(1) | | | |
| 14:9-18 | FRE 804(b)(1) | | | |
| 15:19–17:10 | FRE 804(b)(1) | | | |
| 19:11–20:4 | FRE 804(b)(1) | | | |
| 20:10–21:6 | FRE 804(b)(1) | | | |
| 22:1-15 | FRE 804(b)(1) | | | |
| 25:6–26:17 | FRE 804(b)(1) | | | |
| 31:19–32:7 | FRE 804(b)(1) | | | |
| 34:4-6 | FRE 804(b)(1) | | | |
| 51:9–56:2 | FRE 804(b)(1) | | | |
| 56:5–57:20 | FRE 804(b)(1) | | | |
| 58:2-17 | FRE 804(b)(1) | | | |
| 59:9–61:6 | FRE 804(b)(1) | | | |
| 61:12-16 | FRE 804(b)(1) | | | |
| 62:12–63:7 | FRE 804(b)(1) | | | |
| 64:14–65:5 | FRE 804(b)(1) | | | |
| 76:5–77:15 | FRE 804(b)(1) | | | |
| 79:11–81:3 | FRE 804(b)(1) | | | |
| 97:3-9 | FRE 804(b)(1) | | | |
| 116:21–117:14 | FRE 804(b)(1) | | | |
| 123:22–124:20 | FRE 804(b)(1) | | | |
| 129:8–130:2 | FRE 804(b)(1) | | | |
| 137:2-17 | FRE 804(b)(1) | | | |
| 145:10-17 | FRE 804(b)(1) | | | |
| 147:22–149:10 | FRE 804(b)(1) | | | |

Objections to Plaintiff's Witness List

Defendant objects to the inclusion of Mark Mazzei on Plaintiff's "may call" list under Federal Rules of Evidence 401 and 402.

Dated: June 4, 2014

Respectfully submitted,

DANA J. BOENTE
UNITED STATES ATTORNEY

*By*: /s/

R. JOSEPH SHER
AYANA N. FREE
Assistant United States Attorneys
ERIN K. MURDOCK-PARK
Special Assistant United States Attorney
OFFICE OF THE UNITED STATES ATTORNEY
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3911
Fax: (703) 299-3983
Email: erin.murdock-park@usdoj.gov
*Counsel for the Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 4, 2014, I will file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to the following:

Bradford Hardin (#76812)
WILMER CUTLER PICKERING HALE AND DORR LLP
1899 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
bradford.hardin@wilmerhale.com
*Counsel for the Plaintiff*

/s/

Erin K. Murdock-Park
Special Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3911
Fax: (703) 299-3983
Email: erin.murdock-park@usdoj.gov
*Counsel for the Defendant*