# Exhibit B

| DEA ASSESSMENT CENTER PROFILE | | | | PRS Average | | SAPP Score | |
|---|---|---|---|---|---|---|---|
| Year | Last Name | First Name | SSN | | | | 94 |
| 2001 | GILMORE | EDWARD | [redacted] | 5.00 | | | |
| Knowledge and Ability Dimensions for Grade 15 Positions | | | | Assessment Standing | | | |
| | | | | Low | -- | Med | -- | High |
| Ability to communicate in writing | | | | | | X | |
| Ability to communicate orally | | | | | | | X |
| Ability to organize, plan and prioritize activities | | | | | | X | |
| Ability to plan and coordinate enforcement operations | | | | | | | X |
| Ability to evaluate and develop subordinates | | | | | X | | |
| Ability to delegate work | | | | | | X | |
| Ability to relate effectively with others | | | | | | X | |
| Knowledge of DEA manuals, policies and procedures | | | | | | X | |
| Ability to integrate information and make decisions | | | | | | X | |

Attorney's Eyes Only

ELG00001889

SPECIAL AGENT PROMOTION PROGRAM (SAPP) RESULTS
FOR GRADE 14 SPECIAL AGENTS

**SAPP SCORE.** This year you competed in the SAPP. Your SAPP score is printed at the top right of page 1. Special Agents must have a SAPP score to be considered for vacant grade 15 positions. SAPP scores range from 70 to 100. The average SAPP score for all Special Agents is 85.

**How SAPP Scores are Used.** SAPP scores are used to determine score bands, and score bands are used to determine who makes the best qualified list (BQL) for higher level vacancies. If there are specialized qualifications for the position, applicants also must meet the specialized qualification requirements.

The score band for each grade 15 vacancy is 11 points. For each vacancy, the score band is determined by the grade 14 applicant who has the highest SAPP score. The top scoring applicant, and applicants whose scores are within 11 points of that score, make the BQL.

All applicants within a score band are assumed to have similar levels of qualifications. Accordingly, when the BQL is created, it does not contain the applicants' SAPP scores. Instead, applicants whose scores are within the score band are listed in alphabetical order. The Career Board may select any applicant on the BQL. In addition, the Career Board may also receive and consider applications from Special Agents seeking lateral reassignment to the vacant position.

Because of the way in which score bands are defined, grade 14 applicants with SAPP scores of 90 to 100 automatically make the BQL for vacant grade 15 positions that do not have specialized qualification requirements. That is, these applicants' scores always are within 11 points of the highest score possible.

Grade 14 Special Agents who have SAPP scores are encouraged to apply for all positions in which they are interested (provided they meet any specialized qualification requirements). If a Special Agent's SAPP score does not automatically qualify the Agent for the BQL, the Agent could still be among the best qualified for a specific vacancy (e.g., if the highest score of any applicant for a specific GS-15 vacancy is 89, applicants with SAPP scores from 79 to 89 will make the BQL for that vacancy).

See the last page for specific information about the computation of SAPP scores. If you still have questions regarding your SAPP score, please send an e-mail to Jean Barsaloux or Tammie Pugh. If you are not on Firebird, mail your questions to Drug Enforcement Administration, HPPV, Attn: Jean Barsaloux, Washington, D.C. 20537.

2    June 21, 2001

Attorney's Eyes Only

ELG00001890

ASSESSMENT CENTER DIMENSIONS. During the assessment center, you were evaluated on nine knowledges and abilities (KAs). These were:

**Ability to Communicate in Writing.** Preparing written materials that are organized, concise, understandable, and accurate.

**Ability to Communicate Orally.** Orally conveying thoughts and ideas in a clear and unambiguous manner; listening carefully and responding appropriately.

**Ability to Relate Effectively with Others.** Establishing and maintaining unbiased work relationships; being sensitive to the needs of others; being diplomatic and tactful; participating in team work efforts; and applying high standards of honesty, integrity, trust, openness, and respect for individuals in daily behavior.

**Ability to Plan and Coordinate Enforcement Operations.** Considering all components of planned operations and assessing the comprehensiveness and viability of the plans; evaluating conformance of plans with accepted DEA guidelines; anticipating possible consequences of planned actions in terms of operational effectiveness and the safety and security of personnel and other resources; and effectively coordinating enforcement operations.

**Ability to Organize, Plan, and Prioritize Activities.** Determining the importance of requirements in light of organizational goals, resource constraints, and schedule conflicts; evaluating the costs and benefits of alternatives and various compromises; and choosing courses of action that will accomplish requirements in the most effective and timely manner possible.

**Ability to Delegate Work.** Utilizing subordinates effectively; allocating work responsibilities to subordinates; deciding which subordinates are most appropriate for performing delegated tasks; and providing explicit instructions.

**Ability to Evaluate and Develop Subordinates.** Providing help and guidance as necessary to subordinates about DEA practices, approaches to their case development work, etc.; evaluating and responding to developmental needs of subordinates.

Knowledge of DEA Manuals, Policies, and Procedures. Applying policies and accepted DEA procedures to the circumstances of the case.

**Ability to Integrate Information and Make Decisions.** Effectively gathering and integrating information; making connections between

3    June 21, 2001

Attorney's Eyes Only

ELG00001891

different pieces of information; drawing inferences; and making timely, effective decisions.

ASSESSMENT CENTER FEEDBACK. Page 1, "DEA ASSESSMENT CENTER PROFILE," provides feedback on your performance on each of the nine KAs. Your profile for the KAs was computed as follows:

  1. On each exercise measuring a specific KA, your rating by the assessors on the KA was added to ratings given to you by other assessors who judged your performance on that KA in other exercises (if the KA was measured by more than one exercise).

  2. The sum of your ratings on a particular KA was divided by the number of exercises on which the KA was assessed to obtain your average rating on the KA.

  3. All candidates' ratings on each KA were standardized and divided into five equal intervals. Each interval contains 20 percent of the scores obtained on the KA.

If you have an "X" in the column labeled "High," then your score was in the top 20 percent of scores on that KA. If your score was in the column labeled "Low," then your score was in the bottom 20 percent of scores on that KA. These results may be useful to you in identifying training or developmental assignments to improve your abilities or knowledge in areas considered important in grade 15 positions.

Attorney's Eyes Only                                            ELG00001892

2001 SPECIAL AGENT PROMOTION PROGRAM
SCORE COMPUTATIONS

**Assessment Center Scores.** The assessment center consists of four exercises.* On each exercise, a candidate is rated on two to eight dimensions (knowledges and abilities) by two assessors. The candidate's exercise score is the average of the two assessors' ratings across the dimensions measured on the exercise.

Since there are multiple forms of assessment center exercises, the candidate's score on each of the four exercises is converted to a standard score (put on a common scale). Next, these four scores are weighted to reflect their relevance to the dimensions they measure (e.g., a two hour exercise that measures a number of knowledges and abilities receives a higher weight than a 15 minute exercise that measures only a few knowledges and abilities). The weighted exercise scores are summed and restandardized to have a mean of 100 and a standard deviation of 20. This is the Overall Assessment score.

**Promotion Rating Scales (PRS) Scores.** Each grade 14 Special Agent is evaluated on eight PRS dimensions. On each dimension, the candidate's supervisor rates him or her on a scale ranging from 1 (unacceptable) to 5 (exceptional). For grade 13s, the PRS contains seven scales. Again, the supervisor evaluates the candidate using scales ranging from 1 to 5. For both GS-14s and GS-13s, the candidate's average PRS score is computed. Across all candidates, the average PRS score is converted to a Standard PRS score having a mean of 100 and a standard deviation of 20.

**Special Agent Promotion Program (SAPP) Scores.** The Overall Assessment score and the Standard PRS score are added together. The sum is divided by two and restandardized to have a mean of 100 and a standard deviation of 20. The resulting Overall Promotion score is one in which 50 percent of the score is based on the candidate's performance in the assessment center; the remaining part of the candidate's score reflects his or her PRS ratings. Finally, the Overall Promotion scores are rescaled. The rescaled scores, which have a mean of 85 and range from 70 to 100, are the SAPP scores. Individuals receiving the top scores on both the assessment center and the PRS will receive a score of 100.

The same procedures have been used every year of the SAPP. All candidates' scores are computed in an identical manner (i.e., using the same weights, formulas, and transformations).

*The Written Exercise is a subpart of the In Basket exercise.

5          June 21, 2001

Attorney's Eyes Only      ELG00001893