# DEX B

```
                                                                    1
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE EASTERN DISTRICT OF VIRGINIA

 3                      Alexandria Division

 4    - - - - - - - - - - - - - - - - -x

 5     EDWARD L. GILMORE,                  :

 6             Plaintiff,                  :

 7         v.                              :  Civil Action No.

 8     ERIC HOLDER, in his official        :  1:13-cv-789

 9     capacity as Attorney General        :

10     of the United States,               :

11             Defendant.                  :

12    - - - - - - - - - - - - - - - - -x

13

14    CONTAINS CONFIDENTIAL ATTORNEYS' EYES ONLY PORTIONS

15

16            Deposition of MICHELE M. LEONHART

17                    Arlington, Virginia

18                 Wednesday, April 9, 2014

19                         10:23 a.m.

20     Job No.: 56489

21     Pages: 1 - 185

22     Reported by: Lee Bursten, RMR, CRR
```

CONFIDENTIAL DEPOSITION OF MICHELE M. LEONHART - FULL VERSION
CONDUCTED ON WEDNESDAY, APRIL 9, 2014

2

1     Deposition of MICHELE M. LEONHART, held at
2  the offices of:
3
4
5        DRUG ENFORCEMENT ADMINISTRATION
6        VISITORS CENTER
7        700 Army Navy Drive
8        Arlington, Virginia 22202
9        (202) 307-3463
10
11
12
13     Pursuant to notice, before Lee Bursten,
14  Registered Merit Reporter, Certified Realtime
15  Reporter, and Notary Public in and for the
16  Commonwealth of Virginia, who officiated in
17  administering the oath to the witness.
18
19
20
21
22

3

```
 1                A P P E A R A N C E S

 2   ON BEHALF OF PLAINTIFF:

 3         ERIC MAHR, ESQUIRE

 4         JEFFREY T. HANTSON, ESQUIRE

 5         WILMER CUTLER PICKERING HALE

 6         AND DORR LLP

 7         1875 Pennsylvania Avenue, NW

 8         Washington, DC 20006

 9         (202) 663-6000

10

11   ON BEHALF OF DEFENDANT:

12         R. JOSEPH SHER, ESQUIRE

13         UNITED STATES ATTORNEY'S OFFICE

14         2100 Jamieson Avenue

15         Alexandria, Virginia 22314

16         (703) 299-3700

17

18   ALSO PRESENT:

19         KAREN K. RICHARDSON, ESQUIRE

20         Drug Enforcement Administration

21

22
```

31

1   three to five to seven candidates.
2          And I would say that that would be like the
3   short list.
4     Q    And then you would become more involved in
5   contacting those candidates' supervisors and getting
6   more information about specific candidates?
7     A    I wouldn't say "more involved," because
8   this was like an ongoing process.  We were always
9   looking for information regarding the candidates.
10    Q    And did you keep any record of this process
11  of narrowing down to a short list for a particular
12  position?
13    A    If I talked to someone regarding particular
14  candidates, or if she asked me to go and get
15  particular information regarding a candidate, I
16  usually took notes of that.
17    Q    Just your handwritten notes?
18    A    Handwritten notes.
19    Q    One other question.  Was there any formal
20  mechanism for a special agent to get word to the
21  Administrator that he or she wanted to be considered
22  for a vacancy?