DATE: 06/10/14   JUDGE: BRINKEMA
REPORTER: A. Thomson

START: 10:00
FINISH: 10:17

CIVIL ACTION NUMBER: 1:13cv00789

EDWARD L. GILMORE

V.

ERIC HOLDER

Appearances of counsel for   ( X ) Plaintiff   ( X ) Defendant

Defendant's [151] Motion in Limine to Exclude Certain of Plaintiff's Evidence – argued – granted in part and denied in part.

Plaintiff's [155] Motion in Limine to Preclude Certain Hearsay Evidence – argued and denied.

Plaintiff's [166] Motion for Permission to Bring Certain Equipment for Use During Technology Orientation – granted and plaintiff allowed to bring one (1) laptop computer with power cables and input/output cords and mouse.

Order to follow.