FILED
JUN 10 2014
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

EDWARD L. GILMORE, )
)
    Plaintiff, )
) 1:13cv00789 (LMB/IDD)
v. )
)
ERIC HOLDER, )
)
    Defendant. )

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that defendant's Motion in Limine to Exclude Certain of Plaintiff's Evidence [Dkt. No. 151] be and is GRANTED IN PART and DENIED IN PART, and it is further

ORDERED that plaintiff's Motion in Limine to Preclude Certain Hearsay Evidence [Dkt. No. 155] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 10 day of June, 2014.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge