

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, )<br>          )<br>       Plaintiff, )<br>          )<br>    v.     )     Civil Action No. 1:13-cv-789<br>          )<br>ERIC HOLDER, )<br>in his official capacity as )<br>Attorney General of the United States, )<br>          )<br>       Defendant. )  | |

### ORDER REGARDING MOTION FOR PERMISSION TO BRING CERTAIN EQUIPMENT FOR USE DURING TECHNOLOGY ORIENTATION

Before the Court on Plaintiff's motion for permission to bring certain equipment into the courthouse for use during orientation on the Court's evidence presentation system, which is set for June 11, 2014, and

IT APPEARING to the Court that Plaintiff's motion should be granted, it is hereby

ORDERED that Plaintiff is hereby granted permission of the Court to bring the following equipment into the courthouse on June 11, 2014: ~~two (2)~~ one (1) laptop computer with power cables and input/output cords and mouse. /LMB/

SO ORDERED on this 10th day of June 2014.

/s/
Leonie M. Brinkema
United States District Judge

Don Bradford Hardin, Jr. (Va. Bar No. 76812)
Eric Mahr (*pro hac vice*)
Greg Butler (*pro hac vice*)
Nicole Lindquist (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Email: Bradford.Hardin@WilmerHale.com

*Counsel for Plaintiff Edward L. Gilmore*


R. Joseph Sher
Ayana N. Free
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone: (703) 299-3785
Fax: (703) 299-3983
Email: ayana.free@usdoj.gov

*Counsel for Defendant*