IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| EDWARD L. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) 1:13cv00789 (LMB/IDD) |
| ERIC HOLDER, | ) |
| Defendant. | ) |

ORDER

Jury selection for the trial in this matter is set to begin on Monday, June 16, 2014, at 10:00 a.m. Accordingly, it is hereby

ORDERED that the civil jury in this matter will include a total of eight jurors, and it is further

ORDERED that during jury selection, plaintiff and defendant will each be allowed four preemptory strikes and no "strike backs" will be permitted.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 11 day of June, 2014.

Alexandria, Virginia

/s/ 
Leonie M. Brinkema
United States District Judge