IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division



EDWARD L. GILMORE )
)
)
Plaintiff, )
)
v. ) Civil Action No. 1:13cv789 (LMB/IDD)
)
)
ERIC HOLDER, )
in his official capacity as Attorney General )
of the United States, )
)
)
Defendant. )

## JUDGMENT

Pursuant to the order of this Court entered on June 17, 2014 and in accordance with Fed. R. Civ. P. 58, JUDGMENT is hereby entered in favor of the defendant, Eric Holder, in his official capacity as Attorney General of the United States.

FERNANDO GALINDO, CLERK

By:_____/s/_____
Y. Guyton, Deputy Clerk

Dated: 06/17/2014
Alexandria, Virginia