**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| EDWARD L. GILMORE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:13-cv-789 |
| | ) | |
| ERIC HOLDER, in his official capacity as Attorney General of the United States, | ) ) ) | |
| | ) | |
| Defendant. | ) ) | |

## **CORRECTED MOTION TO STRIKE DEFENDANT'S BILL OF COSTS**

Plaintiff Edward L. Gilmore hereby moves to strike Defendant Eric Holder's bill of costs as untimely.

Pursuant to Local Rule 54, "the party entitled to costs shall file a bill of costs . . . within eleven (11) days from the entry of judgment." Local Rule 54(D). Fed. R. Civ. P. 6(a) "appl[ies] in computing any time period specified in . . . any local rule," and it does not contemplate extensions for weekend and holidays. It provides "[w]hen the period is stated in days or a longer unit of time:

>  (A) exclude the day of the event that triggers the period;
>  (B) count every day, including intermediate Saturday, Sundays, and legal holidays; and
>  (C) include the last day of the period, but if the last day is a Saturday, Sunday, or legal holiday, the period continues to run until the end of the next day that is not a Saturday, Sunday, or legal holiday.

Fed. R. Civ. P. 6(a)(1)(A)-(C). *See e.g. Stronach v. Va. State Univ.*, 577 F. Supp. 2d 788, 789 (E.D. Va. 2008) ("The Court entered judgment in this case on May 12, 2008, when it granted Defendants' Motion for Summary Judgment. Thus, Defendants' deadline to file their Bill of

Costs was May 23, 2008.")) The Court entered judgment in this case on June 17, 2014. ECF No. 181. The DEA's deadline to file its bill of costs was June 28, 2014. The DEA failed to file its bill of costs until July 2, 2014, fifteen days after the entry of judgment. ECF No. 186. Even then, the DEA's bill of costs was filed incorrectly, and had to be refiled on July 3, 2014, sixteen days after entry of judgment. ECF No. 187. The DEA's bill of costs was untimely.

Accordingly, Mr. Gilmore respectfully requests this Court strike Defendant's bill of costs.

Respectfully Submitted,

/s/ D. Bradford Hardin, Jr.
D. Bradford Hardin, Jr. (Va. Bar No. 76812)
Eric Mahr (*pro hac vice*)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile:  (202) 663-6363
Email: Bradford.Hardin@WilmerHale.com

Dated: July 14, 2014          *Counsel for Plaintiff Edward L. Gilmore*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of July 2014, I sent copies of the foregoing CORRECTED MOTION TO STRIKE DEFENDANT'S BILL OF COSTS with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

/s/D. Bradford Hardin, Jr.
Bradford Hardin Jr. (Va. Bar No. 76812)