## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| EDWARD L. GILMORE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC HOLDER, in his official capacity as ) <br> Attorney General of the United States, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:13-cv-00789 |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on July 25, 2014, at 10:00 a.m., or as soon thereafter as counsel may be heard, the plaintiff will bring on for hearing its Motion to Strike Defendant's Bill of Costs. The Motion will be heard by the Hon. Leonie M. Brinkema, United States District Judge, at her courtroom in the Albert V. Bryan United States Courthouse, 401 Courthouse Square, Alexandria, Virginia.

Respectfully submitted,

/s/ D. Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)
Eric Mahr *(pro hac vice)*
Amy Kaplan (Va. Bar No. 80789)
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Ave., N.W.
Washington, D.C. 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363
Bradford.Hardin@WilmerHale.com

Dated: July 14, 2014            *Counsel for Plaintiff Edward L. Gilmore*

ActiveUS 131577943v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July 2014, I electronically file the foregoing NOTICE OF HEARING with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

/s/D. Bradford Hardin, Jr.
Don Bradford Hardin, Jr. (Va. Bar No. 76812)