# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| EDWARD L. GILMORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 1:13-cv-00789 |
| ERIC HOLDER, in his official capacity as ) | |
| Attorney General of the United States, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** this 17th day of July 2014 that Edward L. Gilmore, plaintiff in the above-captioned action, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment and the following Order entered in this action:

1. The June 17, 2014 judgment as a matter of law granted in favor of the defendant, as well as all orders and rulings incorporated therein.

                        Respectfully submitted,

                        /s/ D. Bradford Hardin, Jr.
                        D. Bradford Hardin, Jr. (Va. Bar No. 76812)
                        Amy Kaplan (Va. Bar No. 80789)
                        Eric Mahr *(pro hac vice)*
                        Amanda Major *(pro hac vice)*
                        Wilmer Cutler Pickering Hale and Dorr LLP
                        1875 Pennsylvania Ave., N.W.
                        Washington, D.C. 20006
                        Telephone: (202) 663-6000
                        Facsimile: (202) 663-6363
                        Email: Amy.Kaplan@WilmerHale.com

Dated: July 17, 2014               *Counsel for Plaintiff Edward L. Gilmore*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July 2014, I electronically file the foregoing PLAINTIFF'S NOTICE OF APPEAL with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

R. Joseph Sher
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3747
(703) 299-3983 (facsimile)
Joe.sher@usdoj.gov
*Counsel for the Defendant*

Ayana N. Free
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA  22314
(703) 299-3785
(703) 299-3983 (facsimile)
Ayana.free@usdoj.gov
*Counsel for the Defendant*

/s/ D. Bradford Hardin, Jr.
D. Bradford Hardin, Jr. (Va. Bar No. 76812)