FILED: July 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1726

(1:13-cv-00789-LMB-IDD)

_____

EDWARD L. GILMORE

      Plaintiff - Appellant

v.

ERIC HOLDER, in his official capacity as Attorney General of the United States

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:13-cv-00789-LMB-IDD |
| Date notice of appeal filed in originating court: | 07/17/2014 |
| Appellant | Edward L. Gilmore |
| Appellate Case Number | 14-1726 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |